API Technologies, LLC v. Facebook, Inc. et al										Doc. 2

**UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF TEXAS
_____ DIVISION

|       |   |          |
|-------|---|----------|
|       | § |          |
|       | § |          |
| vs.   | § | CASE NO. |
|       | § |          |
|       | § |          |

**CONSENT TO PROCEED BEFORE UNITED STATES MAGISTRATE JUDGE**

      In accordance with the provisions of 28 U.S.C. Section 636(c), you are hereby notified that a United States magistrate judge of this district court is available to conduct any or all proceedings in this case including a jury or nonjury trial, and to order the entry of a final judgment. Exercise of this jurisdiction by a magistrate judge is, however, permitted only if all parties voluntarily consent. You may, without adverse substantive consequences, withhold your consent, but this will prevent the court's trial jurisdiction from being exercised by a magistrate judge.

      An appeal from a judgment entered by a magistrate judge shall be taken directly to the United States court of appeals for this judicial circuit in the same manner as an appeal from any other judgment of a district court.

**NOTICE**

      In accordance with the provisions of 28 U.S.C. 636(c), the parties in this case hereby voluntarily consent to have a United States magistrate judge conduct any and all further proceedings in the case, including trial, order the entry of a final judgment, and conduct all post-judgment proceedings.

| Signatures | Party Represented | Date |
|------------|-------------------|------|
|            |                   |      |
|            |                   |      |
|            |                   |      |

Dated:_____

Dockets.Justia.com