IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

API TECHNOLOGIES, LLC

    Plaintiff,

    v.

FACEBOOK, INC., et al.

    Defendants.

Case No. 2:09cv00147

## **NOTICE OF APPEARANCE**

Notice is hereby given that the undersigned attorney, Ruffin B. Cordell, enters his appearance in this matter as counsel for Defendant Google Inc. for the purpose of receiving notices and orders from the Court.

Dated: May 26, 2009

Respectfully submitted,

By: */s/ Ruffin B. Cordell*
Ruffin B. Cordell (SBN 04820550)
cordell@fr.com
FISH & RICHARDSON P.C.
1425 K Street N.W., 11th floor
Washington, DC 20005-3500
Telephone: 202-783-5070
Facsimile: 202-783-2331

Attorneys for Defendant Google Inc.

1

## CERTIFICATE OF SERVICE

       The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM-ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by facsimile transmission and/or first class mail this same date.

                                            */s/ Ruffin B. Cordell*
                                            Ruffin B. Cordell