UAET (02-2008)



# Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

***CASE AND DEADLINE INFORMATION***

Civil Action No.: 2:09cv147

Name of party requesting extension: Google, Inc.

Is this the first application for extension of time in this case?   ✓ Yes
☐ No

If no, please indicate which application this represents:   ☐ Second
☐ Third
☐ Other _____

Date of Service of Summons: 5/18/2009

Number of days requested:   ✓ 30 days
☐ 15 days
☐ Other _____ days

New Deadline Date: 7/08/09   *(Required)*

***ATTORNEY FILING APPLICATION INFORMATION***

Full Name: Ruffin B. Cordell
State Bar No.: 04820550
Firm Name: Fish & Richardson P.C.
Address: 1425 K Street NW, 11th Floor
  Washington, D.C. 20005

Phone: (202) 783-5070
Fax: (202) 783-2331
Email: cordell@fr.com

A certificate of conference does not need to be filed with this unopposed application.