IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| API TECHNOLOGIES, LLC<br><br>    Plaintiff,<br><br>    v.<br><br>FACEBOOK, INC., et al.<br><br>    Defendants. | Case No. 2:09cv00147 |

## **NOTICE OF APPEARANCE**

Notice is hereby given that the undersigned attorney, Ruffin B. Cordell, enters his appearance in this matter as counsel for Defendant Android Inc. for the purpose of receiving notices and orders from the Court.

Dated:  May 27, 2009         Respectfully submitted,

                                      By:   */s/ Ruffin B. Cordell*
                                               Ruffin B. Cordell (SBN 04820550)
                                               cordell@fr.com
                                               FISH & RICHARDSON P.C.
                                               1425 K Street N.W., 11th floor
                                               Washington, DC 20005-3500
                                               Telephone: 202-783-5070
                                               Facsimile: 202-783-2331

                                        Attorneys for Defendant Google Inc.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM-ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by facsimile transmission and/or first class mail this same date.

        */s/ Ruffin B. Cordell*
        Ruffin B. Cordell