UAET (02-2008)



## Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

***CASE AND DEADLINE INFORMATION***

Civil Action No.:

Name of party requesting extension:

Is this the first application for extension of time in this case?                Yes

                                                                                 No

        If no, please indicate which application this represents:                Second

                                                                                 Third

                                                                                 Other _____

Date of Service of Summons:

Number of days requested:              30 days

                                       15 days

                                       Other _____ days

<span style="color:red">New Deadline Date:</span>              *(Required)*

***ATTORNEY FILING APPLICATION INFORMATION***

        Full Name:

        State Bar No.:

        Firm Name:

        Address:

        Phone:

        Fax:

        Email:

A certificate of conference does not need to be filed with this unopposed application.

Dockets.Justia.com