UAET (02-2008)



## Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

CASE AND DEADLINE INFORMATION

Civil Action No.: 2:09-cv-147

Name of party requesting extension: Dun & Bradstreet Corp.

Is this the first application for extension of time in this case?  [✓] Yes
[ ] No

If no, please indicate which application this represents:  [ ] Second
[ ] Third
[ ] Other _____

Date of Service of Summons: May 19, 2009

Number of days requested:  [✓] 30 days
[ ] 15 days
[ ] Other ____ days

New Deadline Date: 07/08/09  *(Required)*

ATTORNEY FILING APPLICATION INFORMATION

Full Name: Michael R. Richardson
State Bar No.: 24002838
Firm Name: Beck, Redden & Secrest, LLP
Address: 1221 McKinney, Suite 4500
Houston, Texas 77010

Phone: 713-951-3700
Fax: 713-951-3720
Email: mrichardson@brsfirm.com

A certificate of conference does not need to be filed with this unopposed application.