UAET (02-2008)



# Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

### CASE AND DEADLINE INFORMATION

Civil Action No.: 2:09-cv-147-TJW

Name of party you are representing: CBS Interactive Inc.

Is this the first application for extension of time in this case?

- [✓] Yes
- [ ] No

If no, please indicate which application this represents:

- [ ] Second
- [ ] Third
- [ ] Other _____

Date of Service of Summons: 5/18/09

Number of days requested:
- [✓] 30 days
- [ ] 15 days
- [ ] Other ____ days

New Deadline Date: 7/8/09    *(Required)*

### ATTORNEY FILING APPLICATION INFORMATION

Full Name: Jennifer Parker Ainsworth

State Bar No.: 00784720

Firm Name: Wilson, Robertson & Cornelius, P.C.

Address: P.O. Box 7339
   Tyler, Texas 75711

Phone: 903-509-5000

Fax: 903-509-5092

Email: jainsworth@wilsonlawfirm.com

A certificate of conference does not need to be filed with this unopposed application.