UAET (02-2008)



## Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

**CASE AND DEADLINE INFORMATION**

Civil Action No.: 2:09-cv-147-TJW

Name of party you are representing: CBS Interactive Media Inc.

Is this the first application for extension of time in this case?  ☑ Yes
  ☐ No

If no, please indicate which application this represents:  ☐ Second
  ☐ Third
  ☐ Other _____

Date of Service of Summons: 5/18/09

Number of days requested:  ☑ 30 days
  ☐ 15 days
  ☐ Other _____ days

New Deadline Date: 7/8/09  *(Required)*

**ATTORNEY FILING APPLICATION INFORMATION**

Full Name: Jennifer Parker Ainsworth
State Bar No.: 00784720
Firm Name: Wilson, Robertson & Cornelius, P.C.
Address: P.O. Box 7339
       Tyler, Texas 75711

Phone: 903-509-5000
Fax: 903-509-5092
Email: jainsworth@wilsonlawfirm.com

A certificate of conference does not need to be filed with this unopposed application.