

UAET (02-2008)

# Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

## CASE AND DEADLINE INFORMATION

Civil Action No.: 2:09cv00147-TJW

Name of party requesting extension: AOL LLC

Is this the first application for extension of time in this case?

☑ Yes
☐ No

If no, please indicate which application this represents:
☐ Second
☐ Third
☐ Other _____

Date of Service of Summons: 5/18/2009

Number of days requested:
☑ 30 days
☐ 15 days
☐ Other ____ days

New Deadline Date: 07/08/2009 *(Required)*

## ATTORNEY FILING APPLICATION INFORMATION

Full Name: Michael J. Newton

State Bar No.: 24003844

Firm Name: Alston & Bird LLP

Address: 2200 Ross Avenue, Suite 3601
Dallas, Texas 75201

Phone: 214-922-3400

Fax: 214-922-3899

Email: mike.newton@alston.com

A certificate of conference does not need to be filed with this unopposed application.

Dockets.Justia.com