UAET (02-2008)



# Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

## CASE AND DEADLINE INFORMATION

Civil Action No.: 2:09cv00147-TJW

Name of party requesting extension: Mapquest, Inc.

Is this the first application for extension of time in this case?   ✓ Yes
☐ No
If no, please indicate which application this represents:   ☐ Second
☐ Third
☐ Other _____

Date of Service of Summons: 5/18/2009

Number of days requested:   ✓ 30 days
☐ 15 days
☐ Other ___ days

New Deadline Date: 07/08/2009   *(Required)*

## ATTORNEY FILING APPLICATION INFORMATION

Full Name: Michael J. Newton
State Bar No.: 24003844
Firm Name: Alston & Bird LLP
Address: 2200 Ross Avenue, Suite 3601
Dallas, Texas 75201

Phone: 214-922-3400
Fax: 214-922-3899
Email: mike.newton@alston.com

A certificate of conference does not need to be filed with this unopposed application.

Dockets.Justia.com