UAET (02-2008)



# Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

***CASE AND DEADLINE INFORMATION***

Civil Action No.: 2:09-cv-00147

Name of party requesting extension: Reuters America, LLC

Is this the first application for extension of time in this case?    ✓ Yes
☐ No

If no, please indicate which application this represents:    ☐ Second
☐ Third
☐ Other _____

Date of Service of Summons: 05/18/2009

Number of days requested:    ☐ 30 days
☐ 15 days
✓ Other  37   days

New Deadline Date: 07/15/2009  *(Required)*

***ATTORNEY FILING APPLICATION INFORMATION***

Full Name: Christopher v. Ryan
State Bar No.: 24037412
Firm Name: Vinson & Elkins LLP
Address: 2801 Via Fortuna
Suite 100
Austin, Texas 78746
Phone: 512-542-8400
Fax: 512-236-3291
Email: cryan@velaw.com

A certificate of conference does not need to be filed with this unopposed application.