UAET (02-2008)



# Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

***CASE AND DEADLINE INFORMATION***

Civil Action No.: 2:09-cv-00147

Name of party requesting extension: Thomson Reuters PLC

Is this the first application for extension of time in this case?   ✓ Yes
☐ No

If no, please indicate which application this represents:   ☐ Second
☐ Third
☐ Other _____

Date of Service of Summons: 06/03/2009

Number of days requested:   ☐ 30 days
☐ 15 days
✓ Other  22   days

New Deadline Date: 07/15/2009  *(Required)*

***ATTORNEY FILING APPLICATION INFORMATION***

Full Name: Christopher v. Ryan

State Bar No.: 24037412

Firm Name: Vinson & Elkins LLP

Address: 2801 Via Fortuna
Suite 100
Austin, Texas 78746

Phone: 512-542-8400

Fax: 512-236-3291

Email: cryan@velaw.com

A certificate of conference does not need to be filed with this unopposed application.