# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

**DATATERN, INC.**

           Plaintiff,

    **v.**

**THE ALLSTATE CORPORATION, et al.**

           Defendants.

**Civil Action No. 2:09-cv-178**

**JURY TRIAL DEMANDED**

## NOTICE OF APPEARANCE

Notice is hereby given that the undersigned attorney, Andrew D. Weiss, enters his appearance as counsel for Plaintiff DataTern, Inc. in this matter and for the purpose of receiving notices and orders from the Court.

Respectfully submitted,

Dated: June 9, 2009

By: /s/      Andrew D. Weiss
Andrew D. Weiss, CA Bar # 232974
Email: aweiss@raklaw.com
RUSS, AUGUST & KABAT
12424 Wilshire Boulevard 12th Floor
Los Angeles, California 90025
Telephone:   310/826-7474
Facsimile:   310/826-6991

**Attorneys for Plaintiff**
**DATATERN, INC.**

Dockets.Justia.com

## CERTIFICATE OF SERVICE

I hereby certify that the counsel of record who are deemed to have consented to electronic service are being served on June 9, 2009 with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

Dated: June 9, 2009

/s/ Andrew D. Weiss
Andrew D. Weiss