# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| **API TECHNOLOGIES, LLC**<br><br>                   **Plaintiff,**<br><br>      v.<br><br>**FACEBOOK, INC., et al.**<br><br>                   **Defendants.** | **Civil Action No. 2:09-cv-00147** |

## NOTICE OF APPEARANCE

Notice is hereby given that the undersigned attorney, Marc A. Fenster, enters his appearance as counsel for Plaintiff API Technologies, LLC in this matter and for the purpose of receiving notices and orders from the Court.

Dated: June 12, 2009

Respectfully submitted,

By: /s/ Marc A. Fenster
Marc A. Fenster, CA Bar No. 181067
E-mail:  mfenster@raklaw.com
RUSS, AUGUST & KABAT
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025
Telephone: 310/826-7474
Facsimile: 310/826-6991

**Attorneys for Plaintiff
API TECHNOLOGIES, LLC**

2995-009 090612 M Fenster NT Appear

## CERTIFICATE OF SERVICE

I hereby certify that the counsel of record who are deemed to have consented to electronic service are being served on June 12, 2009 with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

Dated: June 12, 2009                                     /s/ Marc A. Fenster
                                                         Marc A. Fenster