**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

API TECHNOLOGIES, LLC,
     Plaintiff,

     v.                                    Civil No. 2:09-CV-00147

| | |
|---|---|
| (1)    FACEBOOK, INC.; | JURY TRIAL DEMANDED |
| (2)    AMAZON.COM, INC.; | |
| (3)    AMAZON WEB SERVICES LLC; | |
| (4)    AOL LLC; | |
| (5)    MAPQUEST, INC.; | |
| (6)    BEBO, INC.; | |
| (7)    TRUVEO, INC.; | |
| (8)    BEST BUY CO. INC.; | |
| (9)    CBS CORPORATION; | |
| (10)  CBS INTERACTIVE INC.; | |
| (11)  CBS INTERACTIVE MEDIA, INC.; | |
| (12)  CNET INVESTMENTS, INC.; | |
| (13)  CNET NETWORKS, INC.; | |
| (14)  LAST.FM LIMITED; | |
| (15)  THE DUN & BRADSTREET CORPORATION; | |
| (16)  HOOVER'S, INC.; | |
| (17)  GOOGLE INC.; | |
| (18)  ANDROID, INC.; | |
| (19)  THOMSON REUTERS CORPORATION; | |
| (20)  THOMSON REUTERS PLC; | |
| (21)  THOMSON REUTERS U.S. INC.; | |
| (22)  THOMSON REUTERS USA INC.; | |
| (23)  REUTERS AMERICA, LLC; and | |
| (24)  YAHOO! INC., Defendants. | |

                               /

<u>**NOTICE OF APPEARANCE OF ALAN L. WHITEHURST**</u>

Notice is hereby given that the undersigned attorney, Alan L. Whitehurst, enters his appearance in this matter as counsel for Defendants AOL LLC, MapQuest, Inc., Bebo, Inc., Truveo, Inc., The Dun & Bradstreet Corporation, and Hoovers, Inc., for the purpose of receiving notices and orders from the Court.

Dated: June 25, 2009

Respectfully submitted,

_____/s/ Alan L. Whitehurst_____
Alan L. Whitehurst
ALSTON & BIRD LLP
The Atlantic Building
950 F Street, N.W.
Washington, DC  20004
Telephone:  (202) 756-3491
Facsimile:  (202) 654-4993
Alan.whitehurst@alston.com

*Attorney for Defendants AOL LLC, MapQuest, Inc., Bebo, Inc., Truveo, Inc., The Dun & Bradstreet Corporation, and Hoovers, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

  The undersigned certifies that on this 25th of June, 2009, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document through the Court's CM/ECF system  under Local Rule Cv-5(a)(3).  Any other counsel of record will be served via first class mail and/or facsimile.

          */s/  Alan L. Whitehurst*_____
          Alan L. Whitehurst