**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

API TECHNOLOGIES, LLC,
    Plaintiff,

v.                                                                                         Civil No. 2:09-CV-00147

(1)    FACEBOOK, INC.;                                        JURY TRIAL DEMANDED
(2)    AMAZON.COM, INC.;
(3)    AMAZON WEB SERVICES LLC;
(4)    AOL LLC;
(5)    MAPQUEST, INC.;
(6)    BEBO, INC.;
(7)    TRUVEO, INC.;
(8)    BEST BUY CO. INC.;
(9)    CBS CORPORATION;
(10)  CBS INTERACTIVE INC.;
(11)  CBS INTERACTIVE MEDIA, INC.;
(12)  CNET INVESTMENTS, INC.;
(13)  CNET NETWORKS, INC.;
(14)  LAST.FM LIMITED;
(15)  THE DUN & BRADSTREET
       CORPORATION;
(16)  HOOVER'S, INC.;
(17)  GOOGLE INC.;
(18)  ANDROID, INC.;
(19)  THOMSON REUTERS
       CORPORATION;
(20)  THOMSON REUTERS PLC;
(21)  THOMSON REUTERS U.S. INC.;
(22)  THOMSON REUTERS USA INC.;
(23)  REUTERS AMERICA, LLC; and
(24)  YAHOO! INC.,
    Defendants.

## **NOTICE OF APPEARANCE OF MICHAEL J. NEWTON**

Notice is hereby given that the undersigned attorney, Michael J. Newton, enters his appearance in this matter as counsel for Defendants AOL LLC, MapQuest, Inc., Bebo, Inc., Truveo, Inc., Investments, Inc., The Dun & Bradstreet Corporation, and Hoovers, Inc., for the purpose of receiving notices and orders from the Court.

Dated: June 25, 2009

Respectfully submitted,

    /s/ Michael J. Newton
Michael J. Newton (SBN 24003844)
ALSTON & BIRD LLP
Chase Tower
2200 Ross Avenue, Suite 3601
Dallas, TX 75201
Telephone: (214) 922-3423
Facsimile: (214) 922-3863
mike.newton@alston.com

*Attorney for Defendants AOL LLC, MapQuest, Inc., Bebo, Inc., Truveo, Inc., The Dun & Bradstreet Corporation, and Hoovers, Inc.*

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 25th of June, 2009, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document through the Court's CM/ECF system under Local Rule Cv-5(a)(3). Any other counsel of record will be served via first class mail and/or facsimile.

*/s/ Michael J. Newton*
Michael J. Newton