IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| API TECHNOLOGIES, LLC | |
| v. | No. 2:09-CV-00147 |
| FACEBOOK, INC., ET AL | JURY TRIAL DEMANDED |

## NOTICE OF APPEARANCE

Notice is hereby given that the undersigned attorney, Tyler K. Brochstein, enters his appearance in this matter for Plaintiff API Technologies, LLC for the purpose of receiving notices and orders from the Court.

DATED this 26th day of June, 2009.

Respectfully submitted,

By: */s/ Tyler Brochstein*
Tyler K. Brochstein
State Bar No. 24059490
Brochstein Law Firm PLLC
2820 Mckinnon Street, Ste. 4063
Dallas, TX 75201
Telephone: (713) 320 1456
Facsimile: (208) 460 0603
tyler@brochlaw.com

## CERTIFICATE OF SERVICE

I certify that counsel of record who are deemed to have consented to electronic service are being served this 26th day of June, 2009, with a copy of this document via the Court's CM/ECF systems per Local Rule CV-5(a)(3). Any other counsel will be served electronic mail, facsimile, overnight delivery and/or First Class Mail on this date.

*/s/ Tyler Brochstein*