IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| API TECHNOLOGIES, LLC<br><br>    Plaintiff,<br><br>    v.<br><br>FACEBOOK, INC., et al.<br><br>    Defendants. | Case No. 2:09cv00147 |

**UNOPPOSED MOTION FOR WITHDRAWAL
OF COUNSEL AND TERMINATION OF ELECTRONIC NOTICES**

Attorney Ruffin B. Cordell respectfully requests that this Court allow him to withdraw as counsel of record for Defendant Google, Inc. (Google) in this matter. Google consents to this motion and Plaintiff does not oppose it. Attorney Ruffin B. Cordell also requests, pursuant to Rule CV 11-f, that the Clerk of this Court remove his name from the list of persons authorized to receive electronic notices in this case. The withdrawal of said counsel from this matter will not impose a delay of the case nor cause prejudice to any party, and no other changes are requested at this time regarding any other attorneys acting as Google's counsel of record.

Dated: June 26, 2009         Respectfully submitted,

                             By:   */s/ Ruffin B. Cordell*
                                   Ruffin B. Cordell (SBN 04820550)
                                   cordell@fr.com
                                   FISH & RICHARDSON P.C.
                                   1425 K Street N.W., 11th floor
                                   Washington, DC 20005-3500
                                   Telephone: 202-783-5070
                                   Facsimile: 202-783-2331

                             Attorney for Defendant Google Inc.

1

## CERTIFICATE OF SERVICE

       The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM-ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by facsimile transmission and/or first class mail this same date.

                                      */s/ Ruffin B. Cordell*
                                       Ruffin B. Cordell