UAET (02-2008)



# Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

## CASE AND DEADLINE INFORMATION

Civil Action No.: 2:09-CV-147

Name of party requesting extension: Yahoo! Inc.

Is this the first application for extension of time in this case?

☐ Yes
☑ No

If no, please indicate which application this represents:
☑ Second
☐ Third
☐ Other _____

Date of Service of Summons: 5/19/09

Number of days requested:
☐ 30 days
☐ 15 days
☑ Other 14 days

New Deadline Date: 7/22/09    *(Required)*

## ATTORNEY FILING APPLICATION INFORMATION

Full Name: Kevin A. Smith
State Bar No.: Cal. Bar. No. 250814
Firm Name: Quinn Emanuel Urquhart Oliver & Hedges LLP
Address: 50 California St., 22nd Floor
San Francisco, CA 94111

Phone: 415-875-6383
Fax: 415-875-6700
Email: kevinsmith@quinnemanuel.com

A certificate of conference does not need to be filed with this unopposed application.