UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| API TECHNOLOGIES, LLC, | § § § | |
| v. | § § | CIVIL ACTION NO. 2:09-CV-00147 |
| FACEBOOK, INC., ET AL. | § § § | |

## UNOPPOSED MOTION FOR WITHDRAWAL OF MICHAEL E. RICHARDSON AS COUNSEL OF RECORD FOR DEFENDANTS THE DUN & BRADSTREET CORPORATION AND HOOVER'S, INC.

Michael E. Richardson of Beck, Redden & Secrest, LLP requests permission to withdraw as counsel of record for Defendants The Dun & Bradstreet Corporation and Hoover's, Inc. in this action. The Dun & Bradstreet Corporation and Hoover's, Inc. will continue to be represented by Michael J. Newton, Marissa Rachel Ducca and Alan Lee Whitehurst of the law firm of Alston & Bird LLP following the withdrawal.

Plaintiff API Technologies, LLC ("Plaintiff") does not oppose this motion.

WHEREFORE, Michael E. Richardson of Beck, Redden & Secrest, LLP requests permission to withdraw as counsel of record for Defendants The Dun & Bradstreet Corporation and Hoover's, Inc. in this action.

Dated: June 30, 2009          Respectfully submitted,

By: /s/ Michael E. Richardson
    Michael E. Richardson
    State Bar No. 24002838
BECK, REDDEN & SECREST, L.L.P.
1221 McKinney St, Suite 4500
One Houston Center
Houston, TX 77010-2020
Telephone: 713-951-3700
Facsimile: 713-951-3720
Email: dbeck@brsfirm.com

**ATTORNEY FOR DEFENDANTS
THE DUN & BRADSTREET CORPORATION
AND HOOVER'S, INC.**

## CERTIFICATE OF CONFERENCE

Pursuant to L.R. 7(h), the undersigned counsel has conferred with counsel for Plaintiff Andrew Spangler, who advised that Plaintiff, is unopposed to the relief requested herein.

/s/ Michael E. Richardson
Michael E. Richardson

## CERTIFICATE OF SERVICE

I hereby certify that counsel of record who are deemed to have consented to electronic service in the above-referenced case are being served this 30th day of June, 2009, with a copy of the above document via the court's CM/ECF System per Local Rule CV-5(a)(3).

/s/ Michael E. Richardson
Michael E. Richardson

2

999.00117/434859.1