UAET (02-2008)



## Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

**CASE AND DEADLINE INFORMATION**

Civil Action No.: 2:09-CV-147

Name of party requesting extension: CBS Corp, CBS Interactive, CBS Interactive Media, CNET Investments, CNET Networks

Is this the first application for extension of time in this case?   ☐ Yes   ☑ No

If no, please indicate which application this represents:   ☑ Second   ☐ Third   ☐ Other _____

Date of Service of Summons: 5/18/2009

Number of days requested:   ☑ 30 days   ☐ 15 days   ☐ Other ___ days

New Deadline Date: 8/8/2009   *(Required)*

**ATTORNEY FILING APPLICATION INFORMATION**

Full Name: Alan L. Whitehurst
State Bar No.:
Firm Name: Alston & Bird LLP
Address: The Atlantic Building
950 F Street, N.W.
Washington, DC 20004
Phone: (202) 756-3491
Fax: (202) 654-4993
Email: alan.whitehurst@alston.com

A certificate of conference does not need to be filed with this unopposed application.