UAET (02-2008)



# Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

*CASE AND DEADLINE INFORMATION*

Civil Action No.:

Name of party requesting extension:

Is this the first application for extension of time in this case?   Yes

   No

   If no, please indicate which application this represents:   Second

   Third

   Other _____

Date of Service of Summons:

| Number of days requested: | 30 days |
| | 15 days |
| | Other \_\_\_\_\_ days |

New Deadline Date:   *(Required)*

*ATTORNEY FILING APPLICATION INFORMATION*

Full Name:

State Bar No.:

Firm Name:

Address:



Phone:

Fax:

Email:

A certificate of conference does not need to be filed with this unopposed application.