IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| API Technologies, LLC | § | |
| | § | |
| v. | § | |
| | § | Case No. : 2:09-cv-147 |
| Facebook, Inc.; | § | |
| Amazon.com, Inc.; | § | |
| Amazon Web Services LLC; | § | Jury Trial Demanded |
| AOL LLC; | § | |
| Mapquest, Inc..; | § | |
| Bebo, Inc.; | § | |
| Truveo, Inc.; | § | |
| Best Buy Co., Inc.; | § | |
| CBS Corporation; | § | |
| CBS Interactive, Inc.; | § | |
| CBS Interactive Media, Inc.; | § | |
| CNET Networks, Inc.; | § | |
| CNET Investments, Inc.; | § | |
| Last.fm Limited; | § | |
| The Dun & Bradstreet Corporation; | § | |
| Hoover's, Inc.; | § | |
| Google, Inc.; | § | |
| Android, Inc.; | § | |
| Thomson Reuters Corporation; | § | |
| Thomson Reuters PLC; | § | |
| Thomson Reuters U.S. Inc.; | § | |
| Thomson Reuters U.S.A. Inc.; | § | |
| Reuters America, LLC; | § | |
| Yahoo! Inc. | § | |

**DEFENDANTS AMAZON.COM, INC., AMAZON WEB SERVICES LLC, AND GOOGLE INC.'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR RESPOND TO PLAINTIFF'S COMPLAINT FOR PATENT INFRINGEMENT**

TO THE HONORABLE JUDGE OF SAID COURT:

I.

NOW COMES, Amazon.com, Inc., Amazon Web Services LLC, and Google Inc. ("Defendants") and, without waiving any defenses described or referred to in Rule 12 F.R.C.P., and moves the Court to extend the time within which Defendants are required to move, answer

or otherwise respond to Plaintiff's Complaint for Patent Infringement up to and including August 7, 2009.

## II.

Counsel for Plaintiff, API Technologies, LLC, is unopposed to this request.

## III.

Defendants seek this extension of time not for delay but for good cause and that justice may be served.

WHEREFORE, Defendants Amazon.com, Inc., Amazon Web Services LLC, and Google Inc. respectfully pray that the time to answer, move or otherwise respond to Plaintiff API Technologies, LLC's Complaint for Patent Infringement be extended to and including August 7, 2009.

Dated: July 1, 2009            Respectfully submitted,

By:     */s/ Michael E. Jones*
        Michael E. Jones
        State Bar No. 10929400
        POTTER MINTON
        A Professional Corporation
        110 N. College, Suite 500 (75702)
        P. O. Box 359
        Tyler, Texas 75710
        (903) 597 8311
        (903) 593 0846 (Facsimile)
        mikejones@potterminton.com

        ATTORNEYS FOR DEFENDANTS
        AMAZON.COM, INC.,
        AMAZON WEB SERVICES LLC, AND
        GOOGLE INC.

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on July 1, 2009. Any other counsel of record will be served by first class mail on this same date.

>                        */s/ Michael E. Jones*
>                         Michael E. Jones