UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| API TECHNOLOGIES, LLC, | § § § | |
| v. | § § | CIVIL ACTION NO. 2:09-CV-00147 |
| FACEBOOK, INC., ET AL. | § § § | |

### ORDER GRANTING UNOPPOSED MOTION FOR WITHDRAWAL OF MICHAEL E. RICHARDSON AS COUNSEL OF RECORD FOR DEFENDANTS THE DUN & BRADSTREET CORPORATION AND HOOVER'S, INC.

Before the Court is an Unopposed Motion for Withdrawal of Michael E. Richardson of Beck, Redden & Secrest, LLP as Counsel of Record for Defendants The Dun & Bradstreet Corporation and Hoover's, Inc. The Court has determined that the motion should be GRANTED. It is hereby,

ORDERED that Michael E. Richardson of Beck, Redden & Secrest, LLP is withdrawn as counsel of record for Defendants The Dun & Bradstreet Corporation and Hoover's, Inc. in this matter. The Clerk's Office shall terminate Michael E. Richardson as attorney of record in this matter.

SIGNED this 6th day of July, 2009.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE

999.00117/434859.1