IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| API Technologies, LLC | § | |
| | § | |
| v. | § | |
| | § | Case No. : 2:09-cv-147 |
| Facebook, Inc.; et al | § | Jury Trial Demanded |

**ORDER GRANTING DEFENDANTS AMAZON.COM, INC., AMAZON WEB SERVICES LLC, AND GOOGLE INC.'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR RESPOND TO PLAINTIFF'S COMPLAINT FOR PATENT INFRINGEMENT**

Defendants Amazon.com, Inc., Amazon Web Services LLC, and Google Inc. filed their Unopposed Motion for Extension of Time to Answer or Respond to Plaintiff's Complaint through August 7, 2009. The Court is of the opinion that such motion should be GRANTED.

It is therefore ORDERED that Amazon.com, Inc., Amazon Web Services, LLC and Google Inc. shall have through August 7, 2009 to answer or otherwise respond to Plaintiff's Complaint for Patent Infringement.

SIGNED this 6th day of July, 2009.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE

{A07\7713\0012\W0397759.1 }