**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

API TECHNOLOGIES, LLC

    Plaintiff,

v.                                            Civil Action No. 2:09-cv-00147-TJW

(1)     FACEBOOK, INC.;
(2)     AMAZON.COM, INC.;
(3)     AMAZON WEB SERVICES LLC;     **JURY TRIAL DEMANDED**
(4)     AOL LLC;
(5)     MAPQUEST, INC.;
(6)     BEBO, INC.;
(7)     TRUVEO, INC.;
(8)     BEST BUY CO. INC.;
(9)     CBS CORPORATION;
(10)    CBS INTERACTIVE INC.;
(11)    CBS INTERACTIVE MEDIA INC.;
(12)    CNET INVESTMENTS, INC.;
(13)    CNET NETWORKS, INC.;
(14)    LAST.FM LIMITED;
(15)    THE DUN & BRADSTREET CORPORATION;
(16)    HOOVER'S, INC.;
(17)    GOOGLE INC.;
(18)    ANDROID, INC.;
(19)    THOMSON REUTERS CORPORATION;
(20)    THOMSON REUTERS PLC;
(21)    THOMSON REUTERS U.S. INC.;
(22)    THOMSON REUTERS U.S.A. INC.;
(23)    REUTERS AMERICA, LLC; and
(24)    YAHOO! INC.,

    Defendants.

**DEFENDANT BEST BUY CO., INC'S
RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

    Pursuant to Fed. R. Civ. P. 7.1, Defendant Best Buy Co., Inc. is a publicly traded corporation; it has no parent corporation. No publicly held corporation owns 10% or more of Best Buy Co., Inc.'s stock.

80906602.1

Respectfully Submitted,
LAW OFFICE OF RICKEY L. FAULKNER, P.C.

*s/Rickey L. Faulkner*
Rickey L. Faulkner (#06587095)
P.O. Box 3367
Longview, TX 75606
Telephone: (903) 248-8246
rick@faulknerlawoffice.com

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
Emmett J. McMahon (*Admitted Pro Hac Vice*)
800 LaSalle Avenue, Suite 2800
Minneapolis, Minnesota 55402
Telephone: (612) 349-8500
Facsimile: (612) 339-4181
ejmcmahon@rkmc.com

*Attorneys for Defendant Best Buy Co., Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was served on all counsel of record in this matter in compliance with Local Rule CV-5(a). As a result, this document was served upon all counsel who have consented to electronic service under Local Rule CV-5(a)(3)(A) on this 8th day of July, 2009.

                                                  s/*Rickey L. Faulkner*_____
                                                  Rickey L. Faulkner