IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| API TECHNOLOGIES, LLC<br>    Plaintiff,<br><br>v.<br><br>FACEBOOK, INC., ET AL.,<br>    Defendants. | Civil Action No. 2:09-cv-00147<br><br>JURY TRIAL DEMANDED |

## UNOPPOSED MOTION FOR EXTENSION OF TIME

Defendants Thomson Reuters Corporation; Thomson Reuters PLC; Thomson Reuters U.S. Inc.; Thomson Reuters U.S.A. Inc.; and Reuters America, LLC (collectively "Reuters") respectfully request an extension of time up to and including August 14, 2009 to answer Plaintiff API Technologies, LLC's Original Complaint. Plaintiff has advised that it does not oppose the extension.

July 10, 2009                                  Respectfully submitted,


                                               By: /s/ Christopher V. Ryan

                                               Christopher V. Ryan (TX Bar No. 24037412)
                                               VINSON & ELKINS LLP
                                               The Terrace 7
                                               2801 Via Fortuna, Suite 100
                                               Austin, TX  78746-7568
                                               Tel:  (512) 542-8400
                                               Fax: (512) 236-3291
                                               cryan@velaw.com

                                               **ATTORNEY FOR DEFENDANTS
                                               THOMSON REUTERS CORPORATION;
                                               THOMSON REUTERS PLC; THOMSON
                                               REUTERS U.S. INC.; THOMSON
                                               REUTERS U.S.A. INC.; AND REUTERS
                                               AMERICA, LLC**

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email and/or fax, on this the 10th day of July, 2008.

    /s/ Christopher V. Ryan
Christopher V. Ryan