2-1-4809

Appendix K                                                                       Revised: 1/24/07

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION
## APPLICATION TO APPEAR PRO HAC VICE

FILED-CLERK
U.S. DISTRICT COURT
2009 JUL 13 AM 9:48
TX EASTERN-MARSHALL

1. This application is being made for the following: Case # __2:09-cv-00147-TJW__
Style: __API Technologies, LLC v. Facebook, Inc. et al.__
2. Applicant is representing the following party/ies: __Best Buy Co., Inc.__
3. Applicant was admitted to practice in __MN__ (state) on __5/31/89__ (date)
4. Applicant is in good standing and is otherwise eligible to practice law before this court.
5. Applicant is not currently suspended or disbarred in any other court.
6. Applicant has / (has not) had an application for admission to practice before another court denied (please circle appropriate language) If so, give complete information on a separate page
7. Applicant has / (has not) ever had the privilege to practice before another court suspended (please circle). If so, give complete information on a separate page.
8. Applicant has / (has not) been disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant's conduct, competency or fitness as a member of the Bar (please circle) If so, give complete information on a separate page
9. Describe in detail on a separate page any charges, arrests or convictions for criminal offense(s) filed against you. Omit minor traffic offenses.
10. There are no pending grievances or criminal matters pending against the applicant.
11. Applicant has been admitted to practice in the following courts:
__See Attachment A__
12. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."
13. Applicant has included the requisite $25 fee (see Local Rule AT-1(d))
14. Applicant understands that he/she is being admitted for the limited purpose of appearing in the case specified above only

**Application Oath:**
I, __Emmett J. McMahon__ do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States.

Date __7/7/09__          Signature __Emmett J. McMahon__

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# APPLICATION TO APPEAR PRO HAC VICE (Continued)

Name (please print) Emmett J. McMahon
State Bar Number 0198298
Firm Name: Robins, Kaplan, Miller & Ciresi L.L.P.
Address/P.O Box: 2800 LaSalle Plaza, 800 LaSalle Ave.
City/State/Zip: Minneapolis, MN 55402-2015
Telephone #: 612-349-8500
Fax #: 612-339-4181
E-mail Address: ejmcmahon@rkmc.com
Secondary E-Mail Address: lhbuck@rkmc.com

Applicant is authorized to enter an appearance as counsel for the party/parties listed above. This application has been approved for the court on: 7-13-09

David J. Maland, Clerk
U.S. District Court, Eastern District of Texas

By _____
Deputy Clerk

# ATTACHMENT A
# MOTION FOR ADMISSION *PRO HAC VICE* – EMMETT J. MCMAHON

Applicant has been admitted to practice before the following courts:

| Court: | Admission Date: |
| --- | --- |
| State of Missouri | April 24, 1982 |
| State of Minnesota | May 31, 1989 |
| United States District Court, District of Minnesota | May 18, 1989 |
| United States District Court, District of North Dakota | July 19, 1994 |
| United States District Court, Western District of Missouri | May 8, 1982 |
| United States Court of Appeals, Fifth Circuit | January 19, 1994 |
| United States Court of Appeals, Eighth Circuit | September 16, 1995 |
| United States Court of Appeals, Federal Court | December 17, 2002 |

80383164 1