UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| API TECHNOLOGIES, LLC<br><br>      Plaintiff,<br><br>            v.<br><br>(1)    FACEBOOK, INC.;<br>(2)    AMAZON.COM, INC.;<br>(3)    AMAZON WEB SERVICES LLC;<br>(4)    AOL LLC;<br>(5)    MAPQUEST, INC.;<br>(6)    BEBO, INC.;<br>(7)    TRUVEO, INC.;<br>(8)    BEST BUY CO. INC.;<br>(9)    CBS CORPORATION;<br>(10)  CBS INTERACTIVE, INC.;<br>(11)  CBS INTERACTIVE MEDIA INC.;<br>(12)  CNET INVESTMENTS, INC.;<br>(13)  CNET NETWORKS, INC.;<br>(14)  LAST.FM LIMITED;<br>(15)  THE DUN & BRADSTREET CORPORATION;<br>(16)  HOOVER'S, INC.;<br>(17)  GOOGLE INC.;<br>(18)  ANDROID, INC.;<br>(19)  THOMSON REUTERS CORPORATION;<br>(20)  THOMSON REUTERS PLC;<br>(21)  THOMSON REUTERS U.S. INC.;<br>(22)  THOMSON REUTERS U.S.A. INC.;<br>(23)  REUTERS AMERICA, LLC; and<br>(24)  YAHOO! INC.,<br><br>      Defendants. | CIVIL ACTION NO. 2:09-CV-147-TJW<br><br>**JURY TRIAL DEMANDED** |

# DEFENDANT YAHOO! INC.'S
# RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned, counsel of record for Yahoo! Inc. ("Yahoo!") certifies that as of this date, Yahoo! has no parent corporation, and no publicly held corporation owns more than 10% of its stock.

Dated: July 22, 2009

Respectfully submitted,

By: /s/ Kevin A. Smith
     Kevin A. Smith

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

CHARLES K. VERHOEVEN (*pro hac vice*)
Cal. Bar No. 170151
charlesverhoeven@quinnemanuel.com
JENNIFER A. KASH (*pro hac vice*)
Cal. Bar No. 203679
jenniferkash@quinnemanuel.com
KEVIN A. SMITH
Cal. Bar No. 250814
kevinsmith@quinnemanuel.com
50 California St., 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

IRELAND CARROLL & KELLEY

OTIS W. CARROLL
fedserv@icklaw.com
6101 S. Broadway, Suite 500
Tyler, TX 75703
Telephone: (903) 561-1600
Facsimile: (903) 581-1071

Attorneys for Defendant
YAHOO! INC.

**CERTIFICATE OF SERVICE**

        The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this notice was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email, on this the 22 day of July, 2009.

        By /s/ Mary McNeill
           Mary McNeill