Appendix K                                                                      Revised: 1/24/07

2-1-4832

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION
# APPLICATION TO APPEAR PRO HAC VICE

FILED-CLERK
U.S. DISTRICT COURT

2009 JUL 24 AM 9:35

TX EASTERN-MARSHALL

1. This application is being made for the following: Case #  2:09-CV-147-TJW    BY_____

Style:  API Technologies, LLC v. Facebook, Inc. et al.

2. Applicant is representing the following party/ies:  Yahoo! Inc

3. Applicant was admitted to practice in  CA  (state) on  1999  (date).

4. Applicant is in good standing and is otherwise eligible to practice law before this court.

5. Applicant is not currently suspended or disbarred in any other court.

6. Applicant has/(has not) had an application for admission to practice before another court denied (please circle appropriate language). If so, give complete information on a separate page.

7. Applicant has/(has not) ever had the privilege to practice before another court suspended (please circle). If so, give complete information on a separate page.

8. Applicant has/(has not) been disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant's conduct, competency or fitness as a member of the Bar (please circle). If so, give complete information on a separate page.

9. Describe in detail on a separate page any charges, arrests or convictions for criminal offense(s) filed against you. Omit minor traffic offenses.

10. There are no pending grievances or criminal matters pending against the applicant.

11. Applicant has been admitted to practice in the following courts:  Northern District of California; Court of Appeals for the Ninth Circuit; Court of Appeals for the Federal Circuit; Supreme Court of California

12. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."

13. Applicant has included the requisite $25 fee (see Local Rule AT-1(d)).

14. Applicant understands that he/she is being admitted for the limited purpose of appearing in the case specified above only.

**Application Oath:**

I, _Jennifer A. Kash_____ do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States.

Date  July 22, 2009                               Signature  _[signature]_

2917 51550/3018095 1

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# APPLICATION TO APPEAR PRO HAC VICE (Continued)

Name (please print) Jennifer A. Kash
State Bar Number CA 203679
Firm Name: Quinn Emanuel Urquhart Oliver & Hedges, LLP
Address/P.O. Box: 50 California Street, 22nd Floor
City/State/Zip: San Francisco, CA 94111
Telephone #: Telephone: (415) 875 6600
Fax #: Facsimile: (415) 875 6700
E-mail Address: jenniferkash@quinnemanuel.com
Secondary E-Mail Address: _____

Applicant is authorized to enter an appearance as counsel for the party/parties listed above. This application has been approved for the court on: JUN 2 4 2009

DAVID MALAND, CLERK

David J. Maland, Clerk
U.S. District Court, Eastern District of Texas

By _____
Deputy Clerk

# Receipt for Payment

Receipt No: 2-1-0004832

## United States District Court

for the
Eastern District of Texas at Marshall

Date: Friday, July 24, 2009

Received from:

**Quinn Emanuel Urquhart Oliver & Hedges**
**50 California Street**
**22nd Floor**
**San Francisco, CA 94111**

| Account | Description |
|---|---|
| 085000 | Attorney Admission Fees |
| 086400 | New Case Fee |
| 086900 | Filing Fees |
| 121000 | Conscience Fund |
| 129900 | Gifts |
| 143500 | Interest |
| 322340 | Sale of Publications |
| 322350 | Copy Fees |
| 322360 | Miscellaneous Fees |
| 322380 | Recoveries of Court Costs |
| 322386 | Cost of Prosecution |
| 504100 | Crime Victims Fund |
| 508800 | Immigration Fees |
| 510000 | Civil Filing Fee (1/2) |
| 5100PL | Partial Filing Fee (PLRA) |
| 510100 | Registry Fee |
| 604700 | Registry Funds/General and Special Funds |
| 613300 | Unclaimed Monies |
| 6855XX | Deposit Funds |

| Account | Amount |
|---|---|
| 6855XX | $75.00 |
| **Total** | **$75.00** |

Payment method: Check
Case or other reference: 2:09cv147 PHV Kash McNeill Verhoeven
Comments: CK 40982

Received by: ehs