IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| API TECHNOLOGIES, LLC<br><br>   Plaintiff,<br><br>   v.<br><br>FACEBOOK, INC., et al.<br><br>   Defendants. | Case No. 2:09cv00147 |

### UNOPPOSED MOTION FOR WITHDRAWAL
### OF COUNSEL AND TERMINATION OF ELECTRONIC NOTICES

Attorney Ruffin B. Cordell respectfully requests that this Court allow him to withdraw as counsel of record for Defendant Android Inc. ("Android") in this matter. Android consents to this motion and Plaintiff does not oppose it. Attorney Ruffin B. Cordell also requests, pursuant to Rule CV 11-f, that the Clerk of this Court remove his name from the list of persons authorized to receive electronic notices in this case. The withdrawal of said counsel from this matter will not impose a delay of the case nor cause prejudice to any party, and no other changes are requested at this time regarding any other attorneys acting as Android's counsel of record.

Dated: July 27, 2009            Respectfully submitted,

                                                 By:    */s/ Ruffin B. Cordell*
                                                       Ruffin B. Cordell (SBN 04820550)
                                                       cordell@fr.com
                                                       FISH & RICHARDSON P.C.
                                                       1425 K Street N.W., 11th floor
                                                       Washington, DC 20005-3500
                                                       Telephone: 202-783-5070
                                                       Facsimile: 202-783-2331

                                              Attorney for Defendant Android Inc.

## CERTIFICATE OF SERVICE

       The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM-ECF system per Local Rule CV-5(a)(3).  Any other counsel of record will be served by facsimile transmission and/or first class mail this same date.

          */s/ Ruffin B. Cordell*
          Ruffin B. Cordell