IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| API Technologies, LLC | § | |
| | § | |
| v. | § | |
| | § | Case No. : 2:09-cv-147 |
| Facebook, Inc.; | § | |
| Amazon.com, Inc.; | § | |
| Amazon Web Services LLC; | § | Jury Trial Demanded |
| AOL LLC; | § | |
| Mapquest, Inc..; | § | |
| Bebo, Inc.; | § | |
| Truveo, Inc.; | § | |
| Best Buy Co., Inc.; | § | |
| CBS Corporation; | § | |
| CBS Interactive, Inc.; | § | |
| CBS Interactive Media, Inc.; | § | |
| CNET Networks, Inc.; | § | |
| CNET Investments, Inc.; | § | |
| Last.fm Limited; | § | |
| The Dun & Bradstreet Corporation; | § | |
| Hoover's, Inc.; | § | |
| Google, Inc.; | § | |
| Android, Inc.; | § | |
| Thomson Reuters Corporation; | § | |
| Thomson Reuters PLC; | § | |
| Thomson Reuters U.S. Inc.; | § | |
| Thomson Reuters U.S.A. Inc.; | § | |
| Reuters America, LLC; | § | |
| Yahoo! Inc. | § | |

## DEFENDANT ANDROID, INC.'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR RESPOND TO PLAINTIFF'S COMPLAINT FOR PATENT INFRINGEMENT

TO THE HONORABLE JUDGE OF SAID COURT:

I.

NOW COMES, Android, Inc. and, without waiving any defenses described or referred to in Rule 12 F.R.C.P., and moves the Court to extend the time within which Android, Inc. is required to move, answer or otherwise respond to Plaintiff's Complaint for Patent Infringement

up to and including August 7, 2009.

## II.

Counsel for Plaintiff, API Technologies, LLC, is unopposed to this request.

## III.

Android, Inc. seek this extension of time not for delay but for good cause and that justice may be served.

WHEREFORE, Defendant Android, Inc. respectfully prays that the time to answer, move or otherwise respond to Plaintiff API Technologies, LLC's Complaint for Patent Infringement be extended to and including August 7, 2009.

Dated: July 29, 2009                Respectfully submitted,

                                    By:   */s/ Michael E. Jones*
                                          Michael E. Jones
                                          State Bar No. 10929400
                                          POTTER MINTON
                                          A Professional Corporation
                                          110 N. College, Suite 500 (75702)
                                          P. O. Box 359
                                          Tyler, Texas  75710
                                          (903) 597 8311
                                          (903) 593 0846 (Facsimile)
                                          mikejones@potterminton.com

                                          ATTORNEYS FOR DEFENDANT
                                          ANDROID, INC.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on July 29, 2009. Any other counsel of record will be served by first class mail on this same date.

                                          */s/ Michael E. Jones*
                                          Michael E. Jones