IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| API TECHNOLOGIES, LLC<br><br>    Plaintiff,<br><br>    v.<br><br>FACEBOOK, INC., et al.<br><br>    Defendants. | Case No. 2:09cv00147 |

**[PROPOSED] ORDER GRANTING UNOPPOSED MOTION FOR WITHDRAWAL OF COUNSEL AND TERMINATION OF ELECTRONIC NOTICES**

The Court has reviewed and considered the Unopposed Motion for Withdrawal of Counsel and finds that the Motion should be GRANTED. Ruffin B. Cordell's appearance on behalf of Defendant Android, Inc. is hereby WITHDRAWN and the Clerk of this Court is directed to remove his name from the list of persons authorized to receive electronic notices in this case.

    SIGNED this 29th day of July, 2009.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE

1