IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| API Technologies, LLC | § | |
| | § | |
| v. | § | |
| | § | Case No. : 2:09-cv-147 |
| Facebook, Inc.; et al | § | Jury Trial Demanded |

### ORDER GRANTING DEFENDANT ANDROID, INC.'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR RESPOND TO PLAINTIFF'S COMPLAINT FOR PATENT INFRINGEMENT

Defendant Android, Inc. filed its Unopposed Motion for Extension of Time to Answer or Respond to Plaintiff's Complaint through August 7, 2009. The Court is of the opinion that such motion should be GRANTED.

It is therefore ORDERED that Android, Inc. shall have through August 7, 2009 to answer or otherwise respond to Plaintiff's Complaint for Patent Infringement.

SIGNED this 30th day of July, 2009.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE

{A07\7713\0012\W0400090.1 }