#### IN THE UNITED STATES DISTRICT COURT
#### FOR THE EASTERN DISTRICT OF TEXAS
#### MARSHALL DIVISION

| | | |
|---|---|---|
| **API TECHNOLOGIES, LLC,** | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | **CIVIL ACTION NO. 2:09-CV-00147** |
| | § | |
| | § | **JURY TRIAL DEMANDED** |
| **FACEBOOK, INC., ET AL.,** | § | |
| *Defendants*. | § | |
| | § | |
| | § | |

### STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE

The plaintiff, API Technologies, LLC, and defendants, Amazon.com, Inc. and Amazon Web Services LLC, pursuant to FED. R. CIV. P. 41(a)(2) and (c), hereby move for an order dismissing all claims and counterclaims in this action WITH PREJUDICE, subject to the terms of that certain agreement entitled "PATENTS IN SUIT SETTLEMENT AGREEMENT" and dated July 13, 2009, with each party to bear its own costs, expenses and attorneys fees.

AGREED:

July 31, 2009                                                                                           Respectfully submitted,

| **AMAZON.COM, INC. AND** | **API TECHNOLOGIES, LLC** |
|---|---|
| **AMAZON WEB SERVICES LLC** | |
| | |
| By: /s/ Jennifer P. Ainsworth (with permission) | By: /s/ Tyler K. Brochstein |
| | |
| Jennifer Parker Ainsworth., TX Bar # 00784720 | Marc A. Fenster, CA Bar # 181067 |
| Email: jainsworth@wilsonlawfirm.com | E-mail: mfenster@raklaw.com |
| WILSON ROBERTSON & CORNELIUS PC | RUSS AUGUST & KABAT |
| 909 ESE Loop 323, Suite 400, P.O. Box 7339 | 12424 Wilshire Boulevard, 12th Floor |
| Tyler , TX 75711-7339 | Los Angeles, California 90025 |
| Telephone: 903/509-5000 | Telephone: 310/826-7474 |
| Facsimile: 903/509-5092 | Facsimile: 310/826-6991 |

| | |
|---|---|
| Michael Edwin Jones., TX Bar # 10929400<br>Email: mikejones@potterminton.com<br>POTTER MINTON PC<br>110 N College, Suite 500, PO Box 359<br>Tyler , TX 75710-0359<br>Telephone: 903/597/8311<br>Facsimile 903/593-0846<br><br>**ATTORNEYS FOR DEFENDANTS AMAZON, INC. AND AMAZON WEB SERVICES LLC** | Andrew W. Spangler,  TX Bar # 24041960<br>E-mail: spangler@spanglerlawpc.com<br>SPANGLER LAW P.C.<br>104 E. Houston Street, Ste. 135<br>Marshall, Texas 75670<br>Telephone: 903/935-3443<br>Facsimile: 903/938-7843<br><br>Tyler Brochstein, TX Bar # 24059490<br>E-mail: tyler@brochlaw.com<br>BROCHSTEIN LAW FIRM, PLLC<br>2820 McKinnon St., Ste. 4063<br>Dallas, TX 75201<br>Telephone: 713/320-1456<br>Facsimile: 208/460-0603<br><br>**ATTORNEYS FOR PLAINTIFF API TECHNOLOGIES, LLC** |

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this the 31st day of July 2009.

>/s/ Tyler K. Brochstein
>Tyler K. Brochstein