# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| **API TECHNOLOGIES, LLC,** | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | **CIVIL ACTION NO. 2:09-CV-00147** |
| **FACEBOOK, INC., ET AL.,** | § § § | **JURY TRIAL DEMANDED** |
| *Defendants*. | § § § | |

## JOINT MOTION FOR DISMISSAL BY PLAINTIFF API TECHNOLOGIES, LLC AND DEFENDANT FACEBOOK, INC. PURSUANT TO F.R.C.P. 41(A)(2)

Pursuant to Fed. R. Civ. P. 41(a)(2), the plaintiff API Technologies, LLC ("API") and defendant Facebook, Inc. ("Facebook") file this Joint Motion for Dismissal subject to the terms and conditions of those confidential agreements entered into between the parties. The parties jointly move this Court to dismiss, WITHOUT PREJUDICE, API's claims against Facebook, with each party to bear its own costs, expenses and attorneys' fees.

The dismissal of Facebook from this action in no way affects API's claims against any other defendant, all of which remain pending, nor does it affect any defenses or counterclaims that could have been raised or asserted by defendant Facebook.

AGREED:

July 31, 2009                                                                 Respectfully submitted,

**FACEBOOK, INC.**                                                **API TECHNOLOGIES, LLC**

By: /s/ Deron R. Dacus (with permission)           By: /s/ Tyler K. Brochstein
Deron R Dacus, TX Bar # 00790553                     Marc A. Fenster, CA Bar # 181067
E-mail: ddacus@rameyflock.com                         E-mail: mfenster@raklaw.com
RAMEY & FLOCK                                                  RUSS AUGUST & KABAT
100 East Ferguson, Suite 500                               12424 Wilshire Boulevard, 12th Floor
Tyler, TX 75702                                                     Los Angeles, California 90025
Telephone: 903/597-3301                                      Telephone: 310/826-7474
Facsimile: 903/597-2413                                        Facsimile: 310/826-6991

| | |
|---|---|
| **ATTORNEY FOR DEFENDANT**<br>**FACEBOOK, INC.** | Andrew W. Spangler,  TX Bar # 24041960<br>E-mail: spangler@spanglerlawpc.com<br>SPANGLER LAW P.C.<br>104 E. Houston Street, Ste. 135<br>Marshall, Texas 75670<br>Telephone: 903/935-3443<br>Facsimile: 903/938-7843<br><br>Tyler K. Brochstein, TX Bar # 24059490<br>E-mail: tyler@brochlaw.com<br>BROCHSTEIN LAW FIRM PLLC<br>2820 McKinnon St., Ste. 4063<br>Dallas, TX 75201<br>Telephone: 713/320-1456<br>Facsimile: 208/460-0603<br><br>**ATTORNEYS FOR PLAINTIFF**<br>**API TECHNOLOGIES, LLC** |

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this the 31st day of July 2009.

/s/ Tyler K. Brochstein
Tyler K. Brochstein