IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| API Technologies, LLC | § | |
| | § | |
| v. | § | |
| | § | Case No. : 2:09-cv-147 |
| Facebook, Inc.; | § | |
| Amazon.com, Inc.; | § | |
| Amazon Web Services LLC; | § | Jury Trial Demanded |
| AOL LLC; | § | |
| Mapquest, Inc..; | § | |
| Bebo, Inc.; | § | |
| Truveo, Inc.; | § | |
| Best Buy Co., Inc.; | § | |
| CBS Corporation; | § | |
| CBS Interactive, Inc.; | § | |
| CBS Interactive Media, Inc.; | § | |
| CNET Networks, Inc.; | § | |
| CNET Investments, Inc.; | § | |
| Last.fm Limited; | § | |
| The Dun & Bradstreet Corporation; | § | |
| Hoover's, Inc.; | § | |
| Google, Inc.; | § | |
| Android, Inc.; | § | |
| Thomson Reuters Corporation; | § | |
| Thomson Reuters PLC; | § | |
| Thomson Reuters U.S. Inc.; | § | |
| Thomson Reuters U.S.A. Inc.; | § | |
| Reuters America, LLC; | § | |
| Yahoo! Inc. | § | |

## DEFENDANTS GOOGLE INC. AND ANDROID, INC.'S UNOPPOSED MOTION FOR AN ADDITIONAL EXTENSION OF TIME TO ANSWER OR RESPOND TO PLAINTIFF'S COMPLAINT FOR PATENT INFRINGEMENT

TO THE HONORABLE JUDGE OF SAID COURT:

I.

NOW COMES, Google Inc. and Android, Inc. ("Defendants") and, without waiving any

defenses described or referred to in Rule 12 F.R.C.P., move the Court to extend the time within

which Defendants are required to move, answer or otherwise respond to Plaintiff's Complaint for

{A07\7713\0012\W0400392.1 }

Patent Infringement up to and including August 21, 2009.

## II.

Counsel for Plaintiff, API Technologies, LLC, is unopposed to this request.

## III.

Defendants seek this extension of time not for delay but for good cause and that justice may be served.

WHEREFORE, Defendants Google Inc. and Android, Inc. respectfully pray that the time to answer, move or otherwise respond to Plaintiff API Technologies, LLC's Complaint for Patent Infringement be extended to and including August 21, 2009.

Dated: July 31, 2009                    Respectfully submitted,

By:     */s/ Michael E. Jones*
        Michael E. Jones
        State Bar No. 10929400
        POTTER MINTON
        A Professional Corporation
        110 N. College, Suite 500 (75702)
        P. O. Box 359
        Tyler, Texas  75710
        (903) 597 8311
        (903) 593 0846 (Facsimile)
        mikejones@potterminton.com

        ATTORNEYS FOR DEFENDANTS
        GOOGLE INC. AND ANDROID, INC.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on July 31, 2009.  Any other counsel of record will be served by first class mail on this same date.

                                        */s/ Michael E. Jones*
                                        Michael E. Jones