**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| **API TECHNOLOGIES, LLC,** § | | |
| § | | |
| *Plaintiff*, § | | |
| § | | |
| v. § | **CIVIL ACTION NO. 2:09-CV-00147** | |
| § | | |
| **FACEBOOK, INC., ET AL.,** § | **JURY TRIAL DEMANDED** | |
| *Defendants*. § | | |
| § | | |
| § | | |

## ORDER OF DISMISSAL WITH PREJUDICE

CAME ON THIS DAY for consideration of the Stipulated Motion for Dismissal With Prejudice of all claims and counterclaims asserted between plaintiff, API Technologies, LLC, and defendants, Amazon.com, Inc. and Amazon Web Services LLC, in this case, and the Court being of the opinion that said motion should be GRANTED, it is hereby

ORDERED, ADJUDGED AND DECREED that all claims and counterclaims asserted in this suit between plaintiff, API Technologies, LLC, and defendants, Amazon.com, Inc. and Amazon Web Services LLC, are hereby dismissed WITH PREJUDICE, subject to the terms of that certain agreement entitled "PATENTS IN SUIT SETTLEMENT AGREEMENT" and dated July 13, 2009.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all attorneys' fees, expenses and costs are to be borne by the party that incurred them.

SIGNED this 6th day of August, 2009.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE