IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| API Technologies, LLC | § | |
| | § | |
| v. | § | |
| | § | Case No. : 2:09-cv-147 |
| Facebook, Inc.; et al | § | Jury Trial Demanded |

### ORDER GRANTING DEFENDANTS GOOGLE INC. AND ANDROID, INC.'S UNOPPOSED MOTION FOR AN ADDITIONAL EXTENSION OF TIME TO ANSWER OR RESPOND TO PLAINTIFF'S COMPLAINT FOR PATENT INFRINGEMENT

Defendants Google Inc. and Android, Inc. filed their Unopposed Motion for An Additional Extension of Time to Answer or Respond to Plaintiff's Complaint through August 21, 2009. The Court is of the opinion that such motion should be GRANTED.

It is therefore ORDERED that Google Inc. and Android, Inc. shall have through August 21, 2009 to answer or otherwise respond to Plaintiff's Complaint for Patent Infringement.

SIGNED this 6th day of August, 2009.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE

Dockets.Justia.com