IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| API TECHNOLOGIES, LLC<br>      Plaintiff,<br><br>           v.<br><br>FACEBOOK, INC., ET AL.,<br>      Defendants. | Civil Action No. 2:09-cv-00147<br><br>JURY TRIAL DEMANDED |

## UNOPPOSED MOTION FOR EXTENSION OF TIME

Defendants Thomson Reuters Corporation; Thomson Reuters PLC; Thomson Reuters U.S. Inc.; Thomson Reuters U.S.A. Inc.; and Reuters America, LLC (collectively "Reuters") respectfully request an extension of time up to and including September 14, 2009 to answer Plaintiff API Technologies, LLC's Original Complaint. Plaintiff has advised that it does not oppose the extension.

August 10, 2009                              Respectfully submitted,

                                             By: /s/ Christopher V. Ryan
                                             Christopher V. Ryan (TX Bar No. 24037412)
                                             VINSON & ELKINS LLP
                                             The Terrace 7
                                             2801 ViaFortuna, Suite 100
                                             Austin, TX 78746-7568
                                             Tel: (512)542-8400
                                             Fax:(512)236-3291
                                             cryan@velaw.com

                                             **ATTORNEY FOR DEFENDANTS
                                             THOMSON REUTERS CORPORATION;
                                             THOMSON REUTERS PLC; THOMSON
                                             REUTERS U.S. INC.; THOMSON
                                             REUTERS U.S.A. INC.; AND REUTERS
                                             AMERICA, LLC**

## CERTIFICATE OF SERVICE

      The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email and/or fax, on this the 10th day of August, 2009.

                                                        /s/ Christopher V. Ryan
                                                        Christopher V. Ryan