## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| **API TECHNOLOGIES, LLC,** | § § § § | |
| **Plaintiff,** | § § | **Civil Action No. 2:09-CV-147** |
| **v.** | § § | |
| **FACEBOOK, INC., et al.,** | § § § | **JURY TRIAL DEMANDED** |
| **Defendants.** | § § § | |

## NOTICE OF APPEARANCE OF JOHN M. BUSTAMANTE ON BEHALF OF PLAINTIFF API TECHNOLOGIES, LLC

Notice is hereby given that the undersigned attorney, John M. Bustamante of Bustamante, P.C., enters his appearance in this matter for Plaintiff, API Technologies, LLC, for the purpose of receiving notices and orders from the Court.

Dated: August 14, 2009

Respectfully submitted,

BUSTAMANTE, P.C.

By: \s\ John M. Bustamante
John M. Bustamante
Texas Bar No. 24040618
BUSTAMANTE, P.C.
54 Rainey Street, No. 721
Austin, Texas 78701
Tel. 512.940.3753
Fax. 512.551.3773
jmb@BustamanteLegal.com

Attorney for Plaintiff
API Technologies, LLC

## CERTIFICATE OF SERVICE

      I certify that counsel of record who are deemed to have consented to electronic service are being served this 14th day of August, 2009, with a copy of this document via the Court's CM/ECF systems per Local Rule CV-5(a)(3).  Any other counsel will be served electronic mail, facsimile, overnight delivery and/or First Class Mail on this date.

                \s\ John M. Bustamante
                John M. Bustamante