IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| **API TECHNOLOGIES, LLC,** § § § | | |
| Plaintiff, § | **Civil Action No. 2:09-CV-147** | |
| v. § § | | |
| **FACEBOOK, INC., et al.,** § § | **JURY TRIAL DEMANDED** | |
| Defendants. § § § | | |

## API TECHNOLOGIES, LLC'S ANSWER TO THE COUNTERCLAIMS OF DEFENDANT YAHOO! INC.

Plaintiff API Technologies, LLC answers the Counterclaims of Defendant Yahoo! Inc., filed on July 22, 2009, as follows:

### PARTIES, JURISDICTION, AND VENUE

1.   API admits that it is a Texas Limited Liability Company with its principal place of business in Marshall, Texas.

2.   Admitted.

3.   API admits that Yahoo purports to seek Declaratory Relief under 28 U.S.C. §§1331, 1338, 2201 and 2202, but denies that Yahoo is entitled to such a judgment or any further relief. API admits that Yahoo's Counterclaims give rise to actual and justiciable controversies between API and Yahoo regarding the infringement and validity of United States Patent No. 6,859,699 ("the '699 Patent"). Except as so admitted, the remaining allegations in paragraph 3 are denied.

4.   Admitted.

5. Admitted.

6. API admits that Yahoo's Counterclaims give rise to actual and justiciable controversies between API and Yahoo regarding the infringement and validity of the '699 Patent. Except as so admitted, the remaining allegations in paragraph 6 are denied.

**FIRST COUNTERCLAIM**
**(Declaratory Judgment of Non-Infringement of the '699 Patent)**

7. API incorporates by reference paragraphs 1 through 6 of this Answer as if fully set forth herein in response to the allegations of paragraph 7 of Yahoo's Counterclaims.

8. Admitted.

9. Denied.

10. Denied.

11. Admitted.

12. Denied.

**SECOND COUNTERCLAIM**
**(Declaratory Judgment of Invalidity of the '699 Patent)**

13. API incorporates by reference paragraphs 1 through 12 of this Answer as if fully set forth herein in response to the allegations of paragraph 13 of Yahoo's Counterclaims.

14. Denied.

15. Denied

## EXCEPTIONAL CASE

API denies that Yahoo is entitled to a finding of that this is an exceptional case entitling Yahoo to an award of its attorneys' fees. API further denies that Yahoo does not infringe the '699 Patent and denies that the '699 Patent is invalid. Any remaining allegations regarding Yahoo's claim of an exceptional case are also denied.

## PRAYER FOR RELIEF

Yahoo's prayer for relief is an averment to which no responsive pleading is required pursuant to Federal Rule of Civil Procedure 8(d) and is therefore denied.

Dated: August 14, 2009                    Respectfully submitted,

                                                                  BUSTAMANTE, P.C.

                                                                By: \s\ John M. Bustamante
                                                                      John M. Bustamante
                                                                      Texas Bar No. 24040618
                                                                      BUSTAMANTE, P.C.
                                                                      54 Rainey Street, No. 721
                                                                      Austin, Texas 78701
                                                                      Tel. 512.940.3753
                                                                      Fax. 512.551.3773
                                                                      jmb@BustamanteLegal.com

| | |
|---|---|
| Andrew W. Spangler | Marc A Fenster |
| Spangler Law P.C. | mfenster@raklaw.com |
| 208 N. Green Street, Suite 300 | Andrew D Weiss |
| Longview, Texas 75601 | aweiss@raklaw.com |
| (903) 753-9300 | Russ August & Kabat |
| (903) 553-0403 (fax) | 12424 Wilshire Boulevard |
| spangler@spanglerlawpc.com | 12th Floor |
| | Los Angeles , CA 90025 |
| | 310/826-7474 |
| | Fax: 310/826-6991 |
| | |
| | Tyler Kendall Brochstein |
| | Brochstein Law Firm, PLLC |
| | 2820 McKinnon St. |
| | Ste. 4063 |
| | Dallas , TX 75201 |
| | 713-320-1456 |
| | Fax: 208-460-0603 |
| | tyler@brochlaw.com |
| | |
| | Attorneys for Plaintiff |
| | API Technologies, LLC |

## **CERTIFICATE OF SERVICE**

    I certify that counsel of record who are deemed to have consented to electronic service are being served this 14th day of August, 2009, with a copy of this document via the Court's CM/ECF systems per Local Rule CV-5(a)(3). Any other counsel will be served electronic mail, facsimile, overnight delivery and/or First Class Mail on this date.

                                                                  \s\ John M. Bustamante
                                                                      John M. Bustamante