IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| API TECHNOLOGIES, LLC,<br><br>　　　　Plaintiff<br><br>vs.<br><br>(1)　FACEBOOK, INC.;<br>(2)　AMAZON.COM, INC.;<br>(3)　AMAZON WEB SERVICES LLC;<br>(4)　AOL LLC;<br>(5)　MAPQUEST, INC.;<br>(6)　BEBO, INC.;<br>(7)　TRUVEO, INC.;<br>(8)　BEST BUY CO., INC.;<br>(9)　CBS CORPORATION;<br>(10)　CBS INTERACTIVE MEDIA INC.;<br>(11)　CNET INVESTMENTS, INC.;<br>(12)　LAST.FM LIMITED;<br>(13)　THE DUN & BRADSTREET CORPORATION;<br>(14)　HOOVER'S, INC.;<br>(15)　GOOGLE INC.;<br>(16)　ANDROID, INC.;<br>(17)　THOMSON REUTERS CORPORATION;<br>(18)　THOMSON REUTERS U.S. INC.;<br>(19)　THOMSON REUTERS U.S.A. INC.;<br>(20)　REUTERS AMERICA, LLC; and<br>(21)　YAHOO! INC.,<br><br>　　　　Defendants. | NO.　2:09-cv-147<br><br>**Jury Trial Demanded** |

## GOOGLE INC.'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Google Inc. declares that it is a publicly traded company. It has no parent corporation, and no publicly traded corporation currently owns more than 10% of its stock.

1

Dated: August 21, 2009                                  Respectfully submitted,

                                                        *s/ Michael E. Jones*
                                                        Michael E. Jones
                                                        Bar No. State Bar No. 10929400
                                                        POTTER MINTON
                                                        A Professional Corporation
                                                        110 N. College, 500 Plaza Tower
                                                        Tyler, Texas 75702
                                                        Tel.: 903.597.8311
                                                        Fax: 903.593.0846


                                                        ATTORNEYS FOR DEFENDANTS
                                                        Google Inc. and Android, Inc.


**CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document via electronic mail on August 21, 2009. Any other counsel of record will be served by first class mail on this date.

                                        */s/ Michael E. Jones*
                                         Michael E. Jones