IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **API TECHNOLOGIES, LLC,** § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § | |
| **Plaintiff** | |
| vs. | NO.  2:09-cv-147 |
| (1)  FACEBOOK, INC.; | **Jury Trial Demanded** |
| (2)  AMAZON.COM, INC.; | |
| (3)  AMAZON WEB SERVICES LLC; | |
| (4)  AOL LLC; | |
| (5)  MAPQUEST, INC.; | |
| (6)  BEBO, INC.; | |
| (7)  TRUVEO, INC.; | |
| (8)  BEST BUY CO., INC.; | |
| (9)  CBS CORPORATION; | |
| (10) CBS INTERACTIVE MEDIA INC.; | |
| (11) CNET INVESTMENTS, INC.; | |
| (12) LAST.FM LIMITED; | |
| (13) THE DUN & BRADSTREET CORPORATION; | |
| (14) HOOVER'S, INC.; | |
| (15) GOOGLE INC.; | |
| (16) ANDROID, INC.; | |
| (17) THOMSON REUTERS CORPORATION; | |
| (18) THOMSON REUTERS U.S. INC.; | |
| (19) THOMSON REUTERS U.S.A. INC.; | |
| (20) REUTERS AMERICA, LLC; and | |
| (21) YAHOO! INC., | |
| **Defendants.** | |

## ANDROID, INC.'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Android, Inc. declares that it is a wholly owned subsidiary of Google Inc.

Dated: August 21, 2009                    Respectfully submitted,

*s/ Michael E. Jones*
Michael E. Jones
Bar No. State Bar No. 10929400
POTTER MINTON
A Professional Corporation
110 N. College, 500 Plaza Tower
Tyler, Texas 75702
Tel.: 903.597.8311
Fax: 903.593.0846

ATTORNEYS FOR DEFENDANTS
Google Inc. and Android, Inc.

# CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document via electronic mail on August 21, 2009. Any other counsel of record will be served by first class mail on this date.

*/s/ Michael E. Jones*
Michael E. Jones