# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

API TECHNOLOGIES, LLC,
    Plaintiff,

v.    Civil No. 2:09-CV-00147

(1)    FACEBOOK, INC.;    JURY TRIAL DEMANDED
(2)    AMAZON.COM, INC.;
(3)    AMAZON WEB SERVICES LLC;
(4)    AOL LLC;
(5)    MAPQUEST, INC.;
(6)    BEBO, INC.;
(7)    TRUVEO, INC.;
(8)    BEST BUY CO. INC.;
(9)    CBS CORPORATION;
(10)   CBS INTERACTIVE INC.;
(11)   CBS INTERACTIVE MEDIA, INC.;
(12)   CNET INVESTMENTS, INC.;
(13)   CNET NETWORKS, INC.;
(14)   LAST.FM LIMITED;
(15)   THE DUN & BRADSTREET CORPORATION;
(16)   HOOVER'S, INC.;
(17)   GOOGLE INC.;
(18)   ANDROID, INC.;
(19)   THOMSON REUTERS CORPORATION;
(20)   THOMSON REUTERS PLC;
(21)   THOMSON REUTERS U.S. INC.;
(22)   THOMSON REUTERS USA INC.;
(23)   REUTERS AMERICA, LLC; and
(24)   YAHOO! INC.,
    Defendants.

## DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT

Defendants AOL LLC, MapQuest, Inc., Bebo, Inc., Truveo, Inc. (collectively "AOL Defendants"), CBS Corporation, CBS Interactive Inc., CBS Interactive Media, Inc., CNET Investments, Inc., CNET Networks, Inc. (collectively "CBS Defendants"), The Dun & Bradstreet Corporation and Hoover's, Inc. (collectively "D&B Defendants"), pursuant to Rule 12 F.R.C.P., file this unopposed motion for extension of time to answer, move or otherwise respond to Plaintiff API Technologies Inc.'s Complaint.

The AOL, CBS, and D&B Defendants previously requested and received extensions to respond to Plaintiff's Complaint to September 8, 2009. The AOL, CBS and D&B Defendants request an additional thirty (30) day extension to answer or otherwise respond from September 8, 2009 to October 8, 2009. Plaintiff does not oppose this motion.

WHEREFORE, on the basis of the foregoing, the AOL, CBS and D&B Defendants respectfully request that the Court grant their Unopposed Motion for Extension of Time to Answer or Otherwise Respond to Plaintiff's Complaint.

Dated: September 4, 2009			Respectfully submitted,

							/s/ Alan L. Whitehurst
							Alan L. Whitehurst
							Alan.whitehurst@alston.com
							Marissa R. Ducca
							Marissa.ducca@alston.com
							ALSTON & BIRD LLP
							The Atlantic Building
							950 F Street, N.W.
							Washington, DC  20004
							Telephone:  (202) 756-3300
							Facsimile:  (202) 756-3333

							Michael J. Newton (SBN 24003844)
							Mike.newton@alston.com
							ALSTON & BIRD LLP
							Chase Tower
							2200 Ross Avenue, Suite 3601
							Dallas, TX  75201
							Telephone:  (214) 922-3423
							Facsimile:  (214) 922-3839

							*Attorneys for AOL, CBS and D&B Defendants*

## **CERTIFICATE OF SERVICE**

       The undersigned certifies that on this 4th of September, 2009, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document through the Court's CM/ECF system under Local Rule Cv-5(a)(3). Any other counsel of record will be served via first class mail and/or facsimile.

                                                     */s/ Alan L. Whitehurst*
                                                     Alan L. Whitehurst