# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

API TECHNOLOGIES, LLC,
    Plaintiff,

v.                                                                      Civil No. 2:09-CV-00147

(1)    FACEBOOK, INC.;                            JURY TRIAL DEMANDED
(2)    AMAZON.COM, INC.;
(3)    AMAZON WEB SERVICES LLC;
(4)    AOL LLC;
(5)    MAPQUEST, INC.;
(6)    BEBO, INC.;
(7)    TRUVEO, INC.;
(8)    BEST BUY CO. INC.;
(9)    CBS CORPORATION;
(10)  CBS INTERACTIVE INC.;
(11)  CBS INTERACTIVE MEDIA, INC.;
(12)  CNET INVESTMENTS, INC.;
(13)  CNET NETWORKS, INC.;
(14)  LAST.FM LIMITED;
(15)  THE DUN & BRADSTREET
        CORPORATION;
(16)  HOOVER'S, INC.;
(17)  GOOGLE INC.;
(18)  ANDROID, INC.;
(19)  THOMSON REUTERS
        CORPORATION;
(20)  THOMSON REUTERS PLC;
(21)  THOMSON REUTERS U.S. INC.;
(22)  THOMSON REUTERS USA INC.;
(23)  REUTERS AMERICA, LLC; and
(24)  YAHOO! INC.,
        Defendants.

## ORDER GRANTING THE AOL, CBS AND D&B DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT

The Court having reviewed Defendants' AOL LLC, MapQuest, Inc., Bebo, Inc.,

Truveo, Inc. (collectively "AOL Defendants"), CBS Corporation, CBS Interactive Inc.,

CBS Interactive Media, Inc., CNET Investments, Inc., CNET Networks, Inc. (collectively "CBS Defendants"), The Dun & Bradstreet Corporation and Hoover's, Inc. (collectively "D&B Defendants") Unopposed Motion for Extension of Time to Answer or Otherwise Respond to Plaintiff's Complaint hereby GRANTS such motion,

and it is ORDERED that the AOL, CBS and D&B Defendants shall have through and including until October 8, 2009 to answer or otherwise respond to Plaintiff's Complaint.

SIGNED this 10th day of September, 2009.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE