IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| API TECHNOLOGIES, LLC<br>       Plaintiff, | |
| v. | Civil Action No. 2:09-cv-00147 |
| FACEBOOK, INC., ET AL.,<br>       Defendants. | JURY TRIAL DEMANDED |

## UNOPPOSED MOTION FOR EXTENSION OF TIME

Defendants Thomson Reuters Corporation; Thomson Reuters PLC; Thomson Reuters U.S. Inc.; Thomson Reuters U.S.A. Inc.; and Reuters America, LLC (collectively "Reuters") respectfully request an extension of time up to and including October 14, 2009 to answer Plaintiff API Technologies, LLC's Original Complaint. Plaintiff has advised that it does not oppose the extension.

September  11, 2009					Respectfully submitted,

						By: /s/ Christopher V. Ryan
						Christopher V. Ryan (TX Bar No. 24037412)
						VINSON & ELKINS LLP
						The Terrace 7
						2801 ViaFortuna, Suite 100
						Austin, TX 78746-7568
						Tel: (512)542-8400
						Fax:(512)236-3291
						cryan@velaw.com

						**ATTORNEY FOR DEFENDANTS**
						**THOMSON REUTERS CORPORATION;**
						**THOMSON REUTERS PLC; THOMSON**
						**REUTERS U.S. INC.; THOMSON**
						**REUTERS U.S.A. INC.; AND REUTERS**
						**AMERICA, LLC**

## CERTIFICATE OF SERVICE

      The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email and/or fax, on this the 11th day of September, 2009.

                                        /s/ Christopher V. Ryan
                                        Christopher V. Ryan