IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **API TECHNOLOGIES, LLC,** § § § **Plaintiff,** § v. § § **FACEBOOK, INC., et al,** § § **Defendants.** § § | Civil Action No. 2:09-CV-147 **JURY TRIAL DEMANDED** |

### API TECHNOLOGIES, LLC'S ANSWER TO
### DEFENDANTS GOOGLE, INC. AND ANDROID, INC.'S COUNTERCLAIMS

Plaintiff API Technologies, LLC answers Defendants Google, Inc and Android, Inc.'s (collectively, "Google/Android") Counterclaims, filed on August 21, 2009, as follows:

### PARTIES, JURISDICTION, AND VENUE

1. Admitted.

2. Admitted.

3. API admits that it is a Texas Limited Liability Company with its principal place of business at 207C N. Washington Street, Marshall, Texas.

4. API admits that it is the owner by assignment of United States Patent No. 6,859,699 ("the '699 Patent") and holds all rights and interests in the patent.

5. API admits that Google/Android purports to seek Declaratory Relief under 28 U.S.C. §§ 1338, 2201 and 2202, but denies that Google/Android is entitled to such a

judgment or any further relief. Further, API admits that venue for Google/Android's Counterclaims is appropriate under 28 U.S.C. §§ 1391(b) & (c) and 1400(b). Except as so admitted, the remaining allegations in paragraph 5 are denied.

6. Admitted.

7. Admitted.

## FIRST COUNTERCLAIM
### (Declaratory Judgment of Noninfringement)

8. API incorporates by reference paragraphs 1 through 7 of this Answer as if fully set forth herein in response to the allegations of paragraph 8 of Google/Android's Counterclaims.

9. Admitted.

10. Denied.

11. Denied.

## SECOND COUNTERCLAIM
### (Declaratory Judgment of Invalidity)

12. API incorporates by reference paragraphs 1 through 11 of this Answer as if fully set forth herein in response to the allegations of paragraph 12 of Google/Android's Counterclaims.

13. Admitted.

14. Denied.

15. Denied

## JURY DEMAND

Google/Android's Jury Demand is an averment to which no responsive pleading is required pursuant to Federal Rule of Civil Procedure 8(d).

## PRAYER FOR RELIEF

Google/Android's Prayer for Relief is an averment to which no responsive pleading is required pursuant to Federal Rule of Civil Procedure 8(d) and is therefore denied.

Dated: September 14, 2009               Respectfully submitted,

                                        BUSTAMANTE, P.C.

                                        By: \s\ John M. Bustamante
                                            John M. Bustamante
                                            Texas Bar No. 24040618
                                            BUSTAMANTE, P.C.
                                            54 Rainey Street, No. 721
                                            Austin, Texas 78701
                                            Tel. 512.940.3753
                                            Fax. 512.551.3773
                                            jmb@BustamanteLegal.com

Andrew W. Spangler                      Marc A Fenster
Spangler Law P.C.                       mfenster@raklaw.com
208 N. Green Street, Suite 300          Andrew D Weiss
Longview, Texas 75601                   aweiss@raklaw.com
(903) 753-9300                          Russ August & Kabat
(903) 553-0403 (fax)                    12424 Wilshire Boulevard
spangler@spanglerlawpc.com              12th Floor
                                        Los Angeles, CA 90025
                                        310/826-7474
                                        Fax: 310/826-6991

                                        Tyler Kendall Brochstein
                                        Brochstein Law Firm, PLLC
                                        2820 McKinnon St.
                                        Ste. 4063
                                        Dallas, TX 75201
                                        713-320-1456
                                        Fax: 208-460-0603
                                        tyler@brochlaw.com

                                        Attorneys for Plaintiff
                                        API Technologies, LLC

**CERTIFICATE OF SERVICE**

I certify that counsel of record who are deemed to have consented to electronic service are being served this 14th day of September, 2009, with a copy of this document via the Court's CM/ECF systems per Local Rule CV-5(a)(3). Any other counsel will be served electronic mail, facsimile, overnight delivery and/or First Class Mail on this date.

                                        \s\ John M. Bustamante
                                        John M. Bustamante