IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| API TECHNOLOGIES, LLC<br><br>        Plaintiff,<br><br>v.<br><br>FACEBOOK, INC., et al.<br><br>        Defendants. | Civil Action No. 2:09-cv-147-TJW |

## **UNOPPOSED MOTION FOR WITHDRAWAL OF REPRESENTATION**

Movant, Jennifer Parker Ainsworth, attorney of record for Amazon.com Inc., moves this Court for an order granting that Jennifer Parker Ainsworth be withdrawn from representation of defendants CBS Corporation; CBS Interactive Inc.; CBS Interactive Media Inc.; CNET Investments, Inc.; and CNET Networks, Inc. in the above cause.

Defendants CBS Corporation; CBS Interactive Inc.; CBS Interactive Media Inc.; CNET Investments, Inc.; and CNET Networks, Inc. will be represented in this matter by Alan Whitehurst with the law firm of Alston & Bird, LLP, and no prejudice will result to any party as a result of this withdrawal. Therefore, Jennifer Parker Ainsworth moves the Court for an order discharging Jennifer Parker Ainsworth as attorney of record for defendants CBS Corporation; CBS Interactive Inc.; CBS Interactive Media Inc.; CNET Investments, Inc.; and CNET Networks, Inc. in this suit, and granting such other relief as the Court may deem proper.

Dated: October 7, 2009                      Respectfully submitted,

                                    By: */s/ Jennifer Parker Ainsworth*_____
                                        Jennifer Parker Ainsworth
                                        State Bar No. 00784720
                                        jainsowrth@wilsonlawfirm.com
                                        WILSON, ROBERTSON & CORNELIUS, P.C.
                                        One American Center
                                        909 ESE Loop 323, Suite 400
                                        Tyler, TX 75701
                                        jainsworth@wilsonlawfirm.com
                                        Telephone: (903) 509-5000
                                        Facsimile: (903) 509-5092

                                        Attorney for Defendants
                                        CBS Corporation; CBS Interactive Inc.; CBS
                                        Interactive Media Inc.; CNET Investments, Inc.;
                                        and CNET Networks, Inc.

## CERTIFICATE OF SERVICE

This is to certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this the 7th day of October, 2009.

                                        */s/ Jennifer Parker Ainsworth*_____
                                        Jennifer Parker Ainsworth

## CERTIFICATE OF CONFERENCE

This is to certify that Jennifer Parker Ainsworth conferred with counsel for plaintiff API Technologies, LLC, on October 7, 2009, concerning this motion and they do not oppose the motion.

                                        */s/ Jennifer Parker Ainsworth*_____
                                        Jennifer Parker Ainsworth