IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| API TECHNOLOGIES, LLC | § | |
| | § | |
| VS. | § | CIVIL CASE NO. 2:09-CV-147 TJW |
| | § | |
| FACEBOOK, INC.; AMAZON.COM, INC., AMAZON WEB SERVICES LLC; AOL LLC; MAPQUEST, INC.; BEBO, INC.; TRUVEO, INC.; BEST BUY CO., INC.; CBS CORPORATION; CBS INTERACTIVE INC.; CBS INTERACTIVE MEDIA INC.; CNET INVESTMENTS, INC.; CNET NETWORKS, INC.; LAST.FM LIMITED; THE DUN & BRADSTREET CORPORATION; HOOVER'S, INC.; GOOGLE, INC.; ANDROID, INC.; THOMSON REUTERS CORPORATION; THOMSON REUTERS PLC; THOMSON REUTERS U.S.; THOMSON REUTERS U.S.A, INC.; REUTERS AMERICA, LLC; and YAHOO! INC. | § | JURY TRIAL DEMANDED |

## **NOTICE OF APPEARANCE**

Notice is hereby given that the undersigned attorney, Deborah Race, enters her appearance in this matter for Defendant Yahoo! Inc. for purposes of receiving notices and orders from the Court.

DATE: October 8, 2009

Respectfully submitted,

BY: /s/ Deborah Race
Deborah Race
State Bar No. 16448700
Ireland, Carroll & Kelley, PC
6101 S. Broadway, Suite 500
Tyler, Texas 75703
Tel: (903) 561-1600
Fax: (903) 581-1071
Email: Fedserv@icklaw.com

ATTORNEYS FOR DEFENDANT
YAHOO! INC.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by facsimile transmission and/or first class mail this 8th day of October, 2009.

/s/ Deborah Race