# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| API TECHNOLOGIES, LLC, | § |
| *Plaintiff,* | § |
| v. | § CIVIL ACTION NO. 2:09-CV-00147 |
| FACEBOOK, INC. ET AL., | § JURY TRIAL DEMANDED |
| *Defendants.* | § |

## STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE

The plaintiff, API Technologies, LLC, and defendants, AOL LLC, Mapquest, Inc., Bebo, Inc., and Truveo, Inc., pursuant to FED. R. CIV. P. 41(a)(2) and (c), hereby move for an order dismissing all claims and counterclaims in this action WITH PREJUDICE, subject to the terms of a confidential settlement agreement dated September 22, 2009, with each party to bear its own costs, expenses and attorneys fees.

*AGREED:*

/s/ *Tyler K. Brochstein*
Marc A. Fenster, CA Bar # 181067
mfenster@raklaw.com
RUSS AUGUST & KABAT
12424 Wilshire Boulevard,
12th Floor
Los Angeles, CA 90025
Telephone: (310) 826-7474
Facsimile: (310) 826-6991

Andrew W. Spangler, TX Bar # 24041960
spangler@spanglerlawpc.com
SPANGLER LAW P.C.
104 E. Houston Street, Ste. 135
Marshall, Texas 75670
Telephone: (903) 935-3443
Facsimile: (903) 938-7843

Tyler K. Brochstein, TX Bar # 24059490
tyler@brochlaw.com
BROCHSTEIN LAW FIRM PLLC
2820 McKinnon St., Ste. 4063
Dallas, TX 75201
Telephone: (713) 320-1456
Facsimile: (208) 460-0603

**Attorneys for API Technologies, LLC**

*/s/Alan L. Whitehurst(with permission)*
Alan L. Whitehurst
alan.whitehurst@alston.com
Marissa R. Ducca
marissa.ducca@alston.com
ALSTON & BIRD LLP
The Atlantic Building
950 F Street, N.W.
Washington, DC 20004
Telephone: (202) 756-3300
Facsimile: (202) 756-3333

Michael J. Newton (SBN 24003844)
mike.newton@alston.com
ALSTON & BIRD LLP
Chase Tower
2200 Ross Avenue, Suite 3601
Dallas, TX 75201
Telephone: (214) 922-3423
Facsimile: (214) 922-3839

**Attorneys for AOL LLC, Mapquest, Inc., Bebo, Inc., and Truveo, Inc.**

Dated: October 8, 2009

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 8th day of October, 2009, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document through the Court's CM/ECF system under Local Rule Cv-5(a)(3). Any other counsel of record will be served via first class mail and/or facsimile.

/s/ Tyler K Brochstein
Tyler K Brochstein