# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **API TECHNOLOGIES, LLC,** § § | |
| *Plaintiff,* § § | |
| *v.* § | **CIVIL ACTION NO. 2:09-CV-00147** |
| § | |
| **FACEBOOK, INC. ET AL.,** § § | **JURY TRIAL DEMANDED** |
| *Defendants.* § § § | |

## ORDER OF DISMISSAL WITH PREJUDICE

CAME ON THIS DAY for consideration of the Stipulated Motion for Dismissal With Prejudice of all claims and counterclaims asserted between Plaintiff, API Technologies, LLC, and Defendants, AOL LLC, Mapquest, Inc., Bebo, Inc., and Truveo, Inc., in this case, and the Court being of the opinion that said motion should be GRANTED, it is hereby

ORDERED, ADJUDGED AND DECREED that all claims and counterclaims asserted in this suit between Plaintiff, API Technologies, LLC, and Defendants, AOL LLC, Mapquest, Inc., Bebo, Inc., and Truveo, Inc., are hereby dismissed with prejudice, subject to the terms of a confidential settlement agreement dated September 22, 2009.

It is further ORDERED that all attorneys' fees, expenses and costs are to be borne by the party that incurred them.