**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

API TECHNOLOGIES, LLC,
    Plaintiff,

v.                                                   Civil No. 2:09-CV-00147

(1)    FACEBOOK, INC.;                      JURY TRIAL DEMANDED
(2)    AMAZON.COM, INC.;
(3)    AMAZON WEB SERVICES LLC;
(4)    AOL LLC;
(5)    MAPQUEST, INC.;
(6)    BEBO, INC.;
(7)    TRUVEO, INC.;
(8)    BEST BUY CO. INC.;
(9)    CBS CORPORATION;
(10)   CBS INTERACTIVE INC.;
(11)   CBS INTERACTIVE MEDIA, INC.;
(12)   CNET INVESTMENTS, INC.;
(13)   CNET NETWORKS, INC.;
(14)   LAST.FM LIMITED;
(15)   THE DUN & BRADSTREET
         CORPORATION;
(16)   HOOVER'S, INC.;
(17)   GOOGLE INC.;
(18)   ANDROID, INC.;
(19)   THOMSON REUTERS
         CORPORATION;
(20)   THOMSON REUTERS PLC;
(21)   THOMSON REUTERS U.S. INC.;
(22)   THOMSON REUTERS USA INC.;
(23)   REUTERS AMERICA, LLC; and
(24)   YAHOO! INC.,
         Defendants.

## DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT

Defendants AOL LLC, MapQuest, Inc., Bebo, Inc., Truveo, Inc. (collectively "AOL Defendants"), CBS Corporation, CBS Interactive Inc., CBS Interactive Media, Inc., CNET Investments, Inc., CNET Networks, Inc. (collectively "CBS Defendants"), The Dun & Bradstreet Corporation and Hoover's, Inc. (collectively "D&B Defendants"), pursuant to Rule 12 F.R.C.P., file this unopposed motion for extension of time to answer, move or otherwise respond to Plaintiff API Technologies Inc.'s Complaint.

The AOL, CBS, and D&B Defendants previously requested and received extensions to respond to Plaintiff's Complaint to October 8, 2009. The AOL, CBS and D&B Defendants request an additional thirty (30) day extension to answer or otherwise respond from October 7, 2009 to November 7, 2009. Plaintiff does not oppose this motion.

WHEREFORE, on the basis of the foregoing, the AOL, CBS and D&B Defendants respectfully request that the Court grant their Unopposed Motion for Extension of Time to Answer or Otherwise Respond to Plaintiff's Complaint.

Dated:  October 8, 2009                    Respectfully submitted,

                /s/ *Alan L. Whitehurst*
Alan L. Whitehurst
Alan.whitehurst@alston.com
Marissa R. Ducca
Marissa.ducca@alston.com
ALSTON & BIRD LLP
The Atlantic Building
950 F Street, N.W.
Washington, DC  20004
Telephone:  (202) 756-3300
Facsimile:  (202) 756-3333

Michael J. Newton (SBN 24003844)
Mike.newton@alston.com
ALSTON & BIRD LLP
Chase Tower
2200 Ross Avenue, Suite 3601
Dallas, TX  75201
Telephone:  (214) 922-3423
Facsimile:  (214) 922-3839

*Attorneys for AOL, CBS and D&B Defendants*

## **CERTIFICATE OF SERVICE**

       The undersigned certifies that on this 8th of October, 2009, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document through the Court's CM/ECF system under Local Rule Cv-5(a)(3). Any other counsel of record will be served via first class mail and/or facsimile.

                                            */s/ Alan L. Whitehurst*
                                            Alan L. Whitehurst