# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| API TECHNOLOGIES, LLC<br><br>       Plaintiff,<br><br>v.<br><br>FACEBOOK, INC., et al.<br><br>       Defendants. | Civil Action No. 2:09-cv-147-TJW |

## ORDER GRANTING UNOPPOSED MOTION
## FOR WITHDRAWAL OF REPRESENTATION

Before the Court is the Unopposed Motion for Withdrawal of Representation of Jennifer Parker Ainsworth as attorney of record for defendants CBS Corporation; CBS Interactive Inc.; CBS Interactive Media Inc.; CNET Investments, Inc.; and CNET Networks, Inc.

After careful consideration and with good cause shown, the Court hereby GRANTS the motion and Jennifer Parker Ainsworth is withdrawn as counsel for defendants CBS Corporation; CBS Interactive Inc.; CBS Interactive Media Inc.; CNET Investments, Inc.; and CNET Networks, Inc.

SIGNED this 8th day of October, 2009.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE