IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| API TECHNOLOGIES, LLC<br>    Plaintiff,<br><br>    v.<br><br>FACEBOOK, INC., ET AL.,<br>    Defendants. | Civil Action No. 2:09-cv-00147<br><br>JURY TRIAL DEMANDED |

## UNOPPOSED MOTION FOR EXTENSION OF TIME

Defendants Thomson Reuters Corporation; Thomson Reuters PLC; Thomson Reuters U.S. Inc.; Thomson Reuters U.S.A. Inc.; and Reuters America, LLC (collectively "Reuters") respectfully request an extension of time up to and including November 13, 2009 to answer Plaintiff API Technologies, LLC's Original Complaint. Plaintiff has advised that it does not oppose the extension.

October  12, 2009                           Respectfully submitted,

                                            By: /s/ Christopher V. Ryan
                                            Christopher V. Ryan (TX Bar No. 24037412)
                                            VINSON & ELKINS LLP
                                            The Terrace 7
                                            2801 ViaFortuna, Suite 100
                                            Austin, TX 78746-7568
                                            Tel: (512)542-8400
                                            Fax:(512)236-3291
                                            cryan@velaw.com

                                            **ATTORNEY FOR DEFENDANTS
                                            THOMSON REUTERS CORPORATION;
                                            THOMSON REUTERS PLC; THOMSON
                                            REUTERS U.S. INC.; THOMSON
                                            REUTERS U.S.A. INC.; AND REUTERS
                                            AMERICA, LLC**

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email and/or fax, on this the 12th day of October, 2009.

/s/ Christopher V. Ryan
Christopher V. Ryan