IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| API TECHNOLOGIES, LLC<br>    Plaintiff,<br><br>v.<br><br>FACEBOOK, INC., ET AL.,<br>    Defendants. | Civil Action No. 2:09-cv-00147<br><br>JURY TRIAL DEMANDED |

## **ORDER**

Came before the Court, Defendant Thomson Reuters Corporation; Thomson Reuters PLC; Thomson Reuters U.S. Inc.; Thomson Reuters U.S.A. Inc.; and Reuters America, LLC (collectively "Reuters") Unopposed Motion for Extension of Time. The Unopposed Motion is GRANTED.

It is ORDERED that Reuters is granted an extension of the time to answer Plaintiffs Original Complaint up to and including November 13, 2009.

SIGNED this 13th day of October, 2009.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE