IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| API TECHNOLOGIES, INC.<br><br>v.<br><br>FACEBOOK, INC., ET AL | CIVIL ACTION NO.: 2:09-CV-00147 |

## NOTICE OF APPEARANCE

Notice is hereby given that the undersigned attorney, Richard B. Martin, enters his appearance in this matter for Plaintiff, API Technologies, Inc. for the purpose of receiving notices and orders from the Court.

DATED this 24th day of November, 2009.

Respectfully submitted,

By: */s/ Richard B. Martin*
Richard B. Martin
State Bar No. 24046355
Richard B. Martin, PLLC
4301 Long Champ Dr.
Austin, TX 78746
Telephone: (512) 709-9670
Facsimile: (512) 494-5132
rbm@rmartiniplaw.com

# CERTIFICATE OF SERVICE

I certify that counsel of record who are deemed to have consented to electronic service are being served this 24th day of November, 2009, with a copy of this document via the Court's CM/ECF systems per Local Rule CV-5(a)(3). Any other counsel will be served electronic mail, facsimile, overnight delivery and/or First Class Mail on this date.


*/s/ Richard Martin*