# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| API TECHNOLOGIES, LLC,<br><br>**Plaintiff**<br><br>vs.<br><br>(1)  FACEBOOK, INC.;<br>(2)  AMAZON.COM, INC.;<br>(3)  AMAZON WEB SERVICES LLC;<br>(4)  AOL LLC;<br>(5)  MAPQUEST, INC.;<br>(6)  BEBO, INC.;<br>(7)  TRUVEO, INC.;<br>(8)  BEST BUY CO., INC.;<br>(9)  CBS CORPORATION;<br>(10) CBS INTERACTIVE MEDIA INC.;<br>(11) CNET INVESTMENTS, INC.;<br>(12) LAST.FM LIMITED;<br>(13) THE DUN & BRADSTREET CORPORATION;<br>(14) HOOVER'S, INC.;<br>(15) GOOGLE INC.;<br>(16) ANDROID, INC.;<br>(17) THOMSON REUTERS CORPORATION;<br>(18) THOMSON REUTERS U.S. INC.;<br>(19) THOMSON REUTERS U.S.A. INC.;<br>(20) REUTERS AMERICA, LLC; and<br>(21) YAHOO! INC.,<br><br>**Defendants.** | NO.   2:09-cv-147<br><br>**Jury Trial Demanded** |

## NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANTS
## GOOGLE INC. AND ANDROID, INC.

Defendants, Google Inc. and Android, Inc. notify the Court and the parties of the appearance of V. Ajay Singh as additional counsel on their behalf. Google and Android respectfully request that Mr. Singh, who is admitted to practice in the United States District Court for the Eastern District of Texas, is enrolled in the Court's CM/ECF

71058-0002/LEGAL16916925.1

system, and whose contact information is set forth below, be included on the Court's and parties' service lists for the purpose of receiving notices and orders from the Court.

Dated: November 25, 2009　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　 /s/   V. Ajay Singh
　　　　　　　　　　　　　　　　　　　　　　Vincent Ajay Singh
　　　　　　　　　　　　　　　　　　　　　　　　State Bar No. 24056333
　　　　　　　　　　　　　　　　　　　　　　　　Email: ASingh@perkinscoie.com
　　　　　　　　　　　　　　　　　　　　　　PERKINS COIE LLP
　　　　　　　　　　　　　　　　　　　　　　1201 Third Ave., 48th Floor
　　　　　　　　　　　　　　　　　　　　　　Seattle, WA 98101
　　　　　　　　　　　　　　　　　　　　　　(206) 359-8000
　　　　　　　　　　　　　　　　　　　　　　(206) 359-9000 (facsimile)


　　　　　　　　　　　　　　　　　　　　　　Counsel for Defendants
　　　　　　　　　　　　　　　　　　　　　　*Google Inc. and Android, Inc.*

## Certificate of Service

I certify that all counsel who have consented to electronic service have been served with a copy of this instrument via the Court's CM/ECF system per Local Rule CV-5(a)(3) on November 25, 2009. All counsel who have not so consented will be served via facsimile transmission or first class mail.

　　　　　　　　　　　　　　　　　　　　　　/s/ *V. Ajay Singh*
　　　　　　　　　　　　　　　　　　　　　　Vincent Ajay Singh