# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

API TECHNOLOGIES, LLC,
    Plaintiff,

v.                                                                                    Civil No. 2:09-CV-00147

(1)    FACEBOOK, INC.;                                       JURY TRIAL DEMANDED
(2)    AMAZON.COM, INC.;
(3)    AMAZON WEB SERVICES LLC;
(4)    AOL LLC;
(5)    MAPQUEST, INC.;
(6)    BEBO, INC.;
(7)    TRUVEO, INC.;
(8)    BEST BUY CO. INC.;
(9)    CBS CORPORATION;
(10)   CBS INTERACTIVE INC.;
(11)   CBS INTERACTIVE MEDIA, INC.;
(12)   CNET INVESTMENTS, INC.;
(13)   CNET NETWORKS, INC.;
(14)   LAST.FM LIMITED;
(15)   THE DUN & BRADSTREET CORPORATION;
(16)   HOOVER'S, INC.;
(17)   GOOGLE INC.;
(18)   ANDROID, INC.;
(19)   THOMSON REUTERS CORPORATION;
(20)   THOMSON REUTERS PLC;
(21)   THOMSON REUTERS U.S. INC.;
(22)   THOMSON REUTERS USA INC.;
(23)   REUTERS AMERICA, LLC; and
(24)   YAHOO! INC.,
    Defendants.

**DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO
ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

Defendants CBS Corporation, CBS Interactive Inc., CBS Interactive Media, Inc., CNET Investments, Inc., CNET Networks, Inc. (collectively "CBS Defendants"), The Dun & Bradstreet Corporation and Hoover's, Inc. (collectively "D&B Defendants"), pursuant to Rule 12 F.R.C.P., file this unopposed motion for extension of time to answer, move or otherwise respond to Plaintiff API Technologies Inc.'s Complaint.

The CBS and D&B Defendants previously requested and received extensions to respond to Plaintiff's Complaint to December 7, 2009. The CBS and D&B Defendants request an additional fourteen (14) day extension to answer or otherwise respond from December 7, 2009 to December 21, 2009. Plaintiff does not oppose this motion.

WHEREFORE, on the basis of the foregoing, the CBS and D&B Defendants respectfully request that the Court grant their Unopposed Motion for Extension of Time to Answer or Otherwise Respond to Plaintiff's Complaint.

Dated: December 7, 2009						Respectfully submitted,

						/s/ Alan L. Whitehurst
						Alan L. Whitehurst
						Alan.whitehurst@alston.com
						Marissa R. Ducca
						Marissa.ducca@alston.com
						ALSTON & BIRD LLP
						The Atlantic Building
						950 F Street, N.W.
						Washington, DC  20004
						Telephone:  (202) 756-3300
						Facsimile:  (202) 756-3333

						Michael J. Newton (SBN 24003844)
						Mike.newton@alston.com
						ALSTON & BIRD LLP
						Chase Tower
						2200 Ross Avenue, Suite 3601
						Dallas, TX  75201
						Telephone:  (214) 922-3423
						Facsimile:  (214) 922-3839

						*Attorneys for CBS and D&B Defendants*

## **CERTIFICATE OF SERVICE**

       The undersigned certifies that on this 7th of December, 2009, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document through the Court's CM/ECF system under Local Rule Cv-5(a)(3). Any other counsel of record will be served via first class mail and/or facsimile.

                                        */s/ Alan L. Whitehurst*
                                        Alan L. Whitehurst