# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

API TECHNOLOGIES, LLC,
    Plaintiff,

v.                                                    Civil No. 2:09-CV-00147

(1)    FACEBOOK, INC.;                          JURY TRIAL DEMANDED
(2)    AMAZON.COM, INC.;
(3)    AMAZON WEB SERVICES LLC;
(4)    AOL LLC;
(5)    MAPQUEST, INC.;
(6)    BEBO, INC.;
(7)    TRUVEO, INC.;
(8)    BEST BUY CO. INC.;
(9)    CBS CORPORATION;
(10)  CBS INTERACTIVE INC.;
(11)  CBS INTERACTIVE MEDIA, INC.;
(12)  CNET INVESTMENTS, INC.;
(13)  CNET NETWORKS, INC.;
(14)  LAST.FM LIMITED;
(15)  THE DUN & BRADSTREET
        CORPORATION;
(16)  HOOVER'S, INC.;
(17)  GOOGLE INC.;
(18)  ANDROID, INC.;
(19)  THOMSON REUTERS
        CORPORATION;
(20)  THOMSON REUTERS PLC;
(21)  THOMSON REUTERS U.S. INC.;
(22)  THOMSON REUTERS USA INC.;
(23)  REUTERS AMERICA, LLC; and
(24)  YAHOO! INC.,
        Defendants.

## ORDER GRANTING THE CBS AND D&B DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT

    The Court having reviewed Defendants' CBS Corporation, CBS Interactive Inc.,

CBS Interactive Media, Inc., CNET Investments, Inc., CNET Networks, Inc. (collectively

"CBS Defendants"), The Dun & Bradstreet Corporation and Hoover's, Inc. (collectively "D&B Defendants") Unopposed Motion for Extension of Time to Answer or Otherwise Respond to Plaintiff's Complaint hereby GRANTS such motion,

and it is ORDERED that the CBS and D&B Defendants shall have through and including until December 21, 2009 to answer or otherwise respond to Plaintiff's Complaint.