IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHAL DIVISION

API TECHNOLOGIES, LLC

  Plaintiff,

  **v.**

FACEBOOK, INC., et al.,

  Defendants.

Civil Action No. 2:09-cv-147

## UNOPPOSED MOTION TO WITHDRAW AS ATTORNEY

Plaintiff, API Technologies, LLC ("API") moves this court for an order permitting the withdrawal of Richard B. Martin from representation of API in this action. Plaintiff's other counsel remain of record.

API does not oppose the withdrawal, and the withdrawal of Richard B. Martin will not have a materially adverse affect on API as it is still represented by competent counsel who are fully capable of representing the interests of API. The Defendants are unopposed to this motion.

Additionally, API requests that Richard B. Martin no longer receive CM/ECF notices for this action.

WHEREFORE, PREMISES CONSIDERED, API requests this Court to grant the Motion to Withdraw.

December 7, 2009                                Respectfully submitted,

                                                API Technologies, LLC

                                                /s/ *Richard B. Martin*

                                                Richard Martin
                                                Richard B. Martin, PLLC
                                                4301 Long Champ Dr.
                                                Austin, Texas 78746
                                                (512) 709-9670
                                                (512) 494-5132 (fax)
                                                rbm@rmartiniplaw.com

## CERTIFICATE OF SERVICE

I certify that counsel of record who are deemed to have consented to electronic service are being served this 7th day of December, 2009, with a copy of this document via the Court's CM/ECF systems per Local Rule CV-5(a)(3).

\s\ *Richard B. Martin*

## CERTIFICATE OF CONFERENCE

The undersigned has conferred with counsel of record for the Defendants by email, and Defendants do not oppose this motion.

\s\ *Richard B. Martin*