## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHAL DIVISION

| | |
|---|---|
| **API TECHNOLOGIES, LLC** | |
| Plaintiff, | **Civil Action No. 2:09-cv-147** |
| **v.** | |
| **FACEBOOK, INC., et al.,** | |
| Defendants. | |

### ORDER GRANTING UNOPPOSED MOTION TO WITHDRAW AS ATTORNEY

CAME ON THIS DAY for consideration the Unopposed Motion to Withdraw as Attorney of Richard B. Martin, attorney of record for API Technologies, LLC, and it appearing that such Motion should be GRANTED.

IT IS, THEREFORE, ORDERED, that such Motion be and the same is hereby GRANTED.

Dockets.Justia.com