IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHAL DIVISION

| | |
|---|---|
| **API TECHNOLOGIES, LLC**<br><br>    Plaintiff,<br><br>    v.<br><br>**FACEBOOK, INC., et al.,**<br><br>    Defendants. | Civil Action No. 2:09-cv-147 |

## ORDER GRANTING UNOPPOSED MOTION TO WITHDRAW AS ATTORNEY

CAME ON THIS DAY for consideration the Unopposed Motion to Withdraw as Attorney of Richard B. Martin, attorney of record for API Technologies, LLC, and it appearing that such Motion should be GRANTED.

IT IS, THEREFORE, ORDERED, that such Motion be and the same is hereby GRANTED.

SIGNED this  9th  day of December, 2009.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE