IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| API Technologies, LLC § | |
| § | |
| v. § | |
| § | Case No. : 2:09-cv-147 |
| Facebook, Inc.; § | |
| Amazon.com, Inc.; § | |
| Amazon Web Services LLC; § | Jury Trial Demanded |
| AOL LLC; § | |
| Mapquest, Inc..; § | |
| Bebo, Inc.; § | |
| Truveo, Inc.; § | |
| Best Buy Co., Inc.; § | |
| CBS Corporation; § | |
| CBS Interactive, Inc.; § | |
| CBS Interactive Media, Inc.; § | |
| CNET Networks, Inc.; § | |
| CNET Investments, Inc.; § | |
| Last.fm Limited; § | |
| The Dun & Bradstreet Corporation; § | |
| Hoover's, Inc.; § | |
| Google, Inc.; § | |
| Android, Inc.; § | |
| Thomson Reuters Corporation; § | |
| Thomson Reuters PLC; § | |
| Thomson Reuters U.S. Inc.; § | |
| Thomson Reuters U.S.A. Inc.; § | |
| Reuters America, LLC; § | |
| Yahoo! Inc. § | |

## **NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL**

Defendants Google, Inc. and Android, Inc. file this Notice of Appearance of Additional Counsel, and hereby notifies the Court that Allen F. Gardner of the law firm Potter Minton, A Professional Corporation, 110 N. College, Suite 500, Tyler, Texas 75702, is appearing as counsel for Google, Inc. and Android, Inc. in the above-referenced matter. All pleadings, discovery,

correspondence and other material should be served upon counsel at the address referenced above.

Dated: December 10, 2009         Respectfully submitted,

                                             */s/ Allen F. Gardner*
                                             Allen F. Gardner
                                             State Bar No. 24043679
                                             allengardner@potterminton.com
                                             Potter Minton, A Professional Corporation
                                             110 North College, Suite 500
                                             Tyler, Texas 75702
                                             Telephone: (903) 597-8311
                                             Facsimile: (903) 593-0846

                                             ATTORNEYS FOR DEFENDANTS
                                             GOOGLE, INC. AND ANDROID, INC.

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on December 10, 2009. Any other counsel of record will be served by First Class U.S. mail on this same date.

                                             */s/ Allen F. Gardner*