# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

API TECHNOLOGIES, LLC,
     Plaintiff,

      v.                                   Civil No. 2:09-CV-00147

|       |                                     |
|-------|-------------------------------------|
| (1)   | FACEBOOK, INC.;                     |
| (2)   | AMAZON.COM, INC.;                   |
| (3)   | AMAZON WEB SERVICES LLC;            |
| (4)   | AOL LLC;                            |
| (5)   | MAPQUEST, INC.;                     |
| (6)   | BEBO, INC.;                         |
| (7)   | TRUVEO, INC.;                       |
| (8)   | BEST BUY CO. INC.;                  |
| (9)   | CBS CORPORATION;                    |
| (10)  | CBS INTERACTIVE INC.;               |
| (11)  | CBS INTERACTIVE MEDIA, INC.;        |
| (12)  | CNET INVESTMENTS, INC.;             |
| (13)  | CNET NETWORKS, INC.;                |
| (14)  | LAST.FM LIMITED;                    |
| (15)  | THE DUN & BRADSTREET CORPORATION;   |
| (16)  | HOOVER'S, INC.;                     |
| (17)  | GOOGLE INC.;                        |
| (18)  | ANDROID, INC.;                      |
| (19)  | THOMSON REUTERS CORPORATION;        |
| (20)  | THOMSON REUTERS PLC;                |
| (21)  | THOMSON REUTERS U.S. INC.;          |
| (22)  | THOMSON REUTERS USA INC.;           |
| (23)  | REUTERS AMERICA, LLC; and           |
| (24)  | YAHOO! INC.,                        |
|       | Defendants.                         |

JURY TRIAL DEMANDED

## ORDER GRANTING THE CBS AND D&B DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT

The Court having reviewed Defendants' CBS Corporation, CBS Interactive Inc.,

CBS Interactive Media, Inc., CNET Investments, Inc., CNET Networks, Inc. (collectively

Dockets.Justia.com

"CBS Defendants"), The Dun & Bradstreet Corporation and Hoover's, Inc. (collectively

"D&B Defendants") Unopposed Motion for Extension of Time to Answer or Otherwise

Respond to Plaintiff's Complaint hereby GRANTS such motion,

and it is ORDERED that the CBS and D&B Defendants shall have through and

including until January 4, 2010 to answer or otherwise respond to Plaintiff's Complaint.

SIGNED this 22ndday of December, 2009.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE