**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

**API TECHNOLOGIES, LLC,**

    *Plaintiff,*

                                         **CIVIL ACTION NO. 2:09-CV-00147**

*v.*

| | | |
|---|---|---|
| (1) | **FACEBOOK, INC.;** | § |
| (2) | **AMAZON.COM, INC.;** | § |
| (3) | **AMAZON WEB SERVICES LLC;** | § |
| (4) | **AOL LLC;** | § |
| (5) | **MAPQUEST, INC.;** | § |
| (6) | **BEBO, INC.;** | § |
| (7) | **TRUVEO, INC.;** | § |
| (8) | **BEST BUY CO. INC.;** | § |
| (9) | **CBS CORPORATION;** | § |
| (10) | **CBS INTERACTIVE INC.;** | § |
| (11) | **CBS INTERACTIVE MEDIA, INC.;** | § |
| (12) | **CNET INVESTMENTS, INC.;** | § |
| (13) | **CNET NETWORKS, INC.;** | § |
| (14) | **LAST.FM LIMITED;** | § |
| (15) | **THE DUN & BRADSTREET** | § |
| | **CORPORATION;** | § |
| (16) | **HOOVER'S, INC.;** | § |
| (17) | **GOOGLE INC.;** | § |
| (18) | **ANDROID, INC.;** | § |
| (19) | **THOMSON REUTERS** | § |
| | **CORPORATION;** | § |
| (20) | **THOMSON REUTERS PLC;** | § |
| (21) | **THOMSON REUTERS U.S. INC.;** | § |
| (22) | **THOMSON REUTERS USA INC.;** | § |
| (23) | **REUTERS AMERICA, LLC; and** | § |
| (24) | **YAHOO! INC.,** | § |
| | *Defendants*. | |

**JURY TRIAL DEMANDED**

---

**STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE**

    The plaintiff, API Technologies, LLC, and defendants, CBS Corporation, CBS

Interactive Inc., CBS Interactive Media, Inc., CNET Investments, Inc., CNET Networks,

Inc., and Last.FM Ltd., pursuant to Fed. R. Civ. P. 41(a)(2) and (c), hereby move for an order dismissing all claims and counterclaims in this action WITH PREJUDICE, subject to the terms of a confidential settlement agreement dated December 16, 2009, with each party to bear its own costs, expenses and attorneys fees.

*AGREED:*

/s/ *Tyler K. Brochstein (with permission)*
Marc A. Fenster, CA Bar # 181067
mfenster@raklaw.com
RUSS AUGUST & KABAT
12424 Wilshire Boulevard,
12th Floor
Los Angeles, CA 90025
Telephone: (310) 826-7474
Facsimile: (310) 826-6991

Andrew W. Spangler, TX Bar # 24041960
spangler@spanglerlawpc.com
SPANGLER LAW P.C.
104 E. Houston Street, Ste. 135
Marshall, Texas 75670
Telephone: (903) 935-3443
Facsimile: (903) 938-7843

Tyler K. Brochstein, TX Bar # 24059490
tyler@brochlaw.com
BROCHSTEIN LAW FIRM PLLC
2820 McKinnon St., Ste. 4063
Dallas, TX 75201
Telephone: (713) 320-1456
Facsimile: (208) 460-0603

**Attorneys for API Technologies, LLC**

/s/Alan L. Whitehurst
Alan L. Whitehurst
alan.whitehurst@alston.com
Marissa R. Ducca
marissa.ducca@alston.com
ALSTON & BIRD LLP
The Atlantic Building
950 F Street, N.W.
Washington, DC 20004
Telephone: (202) 756-3300
Facsimile: (202) 756-3333

Michael J. Newton (SBN 24003844)
mike.newton@alston.com
ALSTON & BIRD LLP
Chase Tower
2200 Ross Avenue, Suite 3601
Dallas, TX 75201
Telephone: (214) 922-3423
Facsimile: (214) 922-3839

**Attorneys for CBS Corporation, CBS
Interactive Inc., CBS Interactive
Media, Inc., CNET Investments, Inc.,
CNET Networks, Inc., and Last.FM
Ltd.**

Dated: January 4, 2010

## <u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that on this 4th day of January, 2010, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document through the Court's CM/ECF system under Local Rule Cv-5(a)(3).  Any other counsel of record will be served via first class mail and/or facsimile.

*/s/ Alan L. Whitehurst*
Alan L. Whitehurst

LEGAL02/31695714v1