IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| *API TECHNOLOGIES, LLC,*<br>    *Plaintiff,*<br><br>v.<br>(1)  FACEBOOK, INC.;<br>(2)  AMAZON.COM, INC.;<br>(3)  AMAZON WEB SERVICES LLC;<br>(4)  AOL LLC;<br>(5)  MAPQUEST, INC.;<br>(6)  BEBO, INC.;<br>(7)  TRUVEO, INC.;<br>(8)  BEST BUY CO. INC.;<br>(9)  CBS CORPORATION;<br>(10) CBS INTERACTIVE INC.;<br>(11) CBS INTERACTIVE MEDIA, INC.;<br>(12) CNET INVESTMENTS, INC.;<br>(13) CNET NETWORKS, INC.;<br>(14) LAST.FM LIMITED;<br>(15) THE DUN & BRADSTREET CORPORATION;<br>(16) HOOVER'S, INC.;<br>(17) GOOGLE INC.;<br>(18) ANDROID, INC.;<br>(19) THOMSON REUTERS CORPORATION;<br>(20) THOMSON REUTERS PLC;<br>(21) THOMSON REUTERS U.S. INC.;<br>(22) THOMSON REUTERS USA INC.;<br>(23) REUTERS AMERICA, LLC; and<br>(24) YAHOO! INC.,<br>    *Defendants*. | **CIVIL ACTION NO. 2:09-CV-00147**<br><br>**JURY TRIAL DEMANDED** |

## ORDER OF DISMISSAL WITH PREJUDICE

CAME ON THIS DAY for consideration of the Stipulated Motion for Dismissal

With Prejudice of all claims and counterclaims asserted between plaintiff, API Technologies, LLC, and defendants, CBS Corporation, CBS Interactive Inc., CBS Interactive Media, Inc., CNET Investments, Inc., CNET Networks, Inc., and Last.FM Ltd., in this case, and the Court being of the opinion that said motion should be GRANTED, it is hereby

ORDERED, ADJUDGED AND DECREED that all claims and counterclaims asserted in this suit between plaintiff, API Technologies, LLC, and defendants, CBS Corporation, CBS Interactive Inc., CBS Interactive Media, Inc., CNET Investments, Inc., CNET Networks, Inc., and Last.FM Ltd., are hereby dismissed with prejudice, subject to the terms of a confidential settlement agreement dated December 16, 2009.

It is further ORDERED that all attorneys' fees and costs are to be borne by the party that incurred them.