**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

API TECHNOLOGIES, LLC,
    Plaintiff,

v.                                            Civil No. 2:09-CV-00147

(1)    FACEBOOK, INC.;                    JURY TRIAL DEMANDED
(2)    AMAZON.COM, INC.;
(3)    AMAZON WEB SERVICES LLC;
(4)    AOL LLC;
(5)    MAPQUEST, INC.;
(6)    BEBO, INC.;
(7)    TRUVEO, INC.;
(8)    BEST BUY CO. INC.;
(9)    CBS CORPORATION;
(10)   CBS INTERACTIVE INC.;
(11)   CBS INTERACTIVE MEDIA, INC.;
(12)   CNET INVESTMENTS, INC.;
(13)   CNET NETWORKS, INC.;
(14)   LAST.FM LIMITED;
(15)   THE DUN & BRADSTREET
        CORPORATION;
(16)   HOOVER'S, INC.;
(17)   GOOGLE INC.;
(18)   ANDROID, INC.;
(19)   THOMSON REUTERS
        CORPORATION;
(20)   THOMSON REUTERS PLC;
(21)   THOMSON REUTERS U.S. INC.;
(22)   THOMSON REUTERS USA INC.;
(23)   REUTERS AMERICA, LLC; and
(24)   YAHOO! INC.,
        Defendants.

**DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO
ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

Defendants The Dun & Bradstreet Corporation and Hoover's, Inc. (collectively "D&B Defendants"), pursuant to Rule 12 F.R.C.P., file this unopposed motion for extension of time to answer, move or otherwise respond to Plaintiff API Technologies Inc.'s Complaint.

The D&B Defendants previously requested and received extensions to respond to Plaintiff's Complaint to January 4, 2010. The D&B Defendants request an additional fourteen (14) day extension to answer or otherwise respond from January 4, 2010 to January 18, 2010. Plaintiff does not oppose this motion.

WHEREFORE, on the basis of the foregoing, the D&B Defendants respectfully request that the Court grant their Unopposed Motion for Extension of Time to Answer or Otherwise Respond to Plaintiff's Complaint.

| | |
|---|---|
| Dated: <u>January 4, 2010</u> | Respectfully submitted,<br><br>      */s/ Alan L. Whitehurst*<br>Alan L. Whitehurst<br>Alan.whitehurst@alston.com<br>Marissa R. Ducca<br>Marissa.ducca@alston.com<br>ALSTON & BIRD LLP<br>The Atlantic Building<br>950 F Street, N.W.<br>Washington, DC  20004<br>Telephone:  (202) 756-3300<br>Facsimile:  (202) 756-3333<br><br>Michael J. Newton (SBN 24003844)<br>Mike.newton@alston.com<br>ALSTON & BIRD LLP<br>Chase Tower<br>2200 Ross Avenue, Suite 3601<br>Dallas, TX  75201<br>Telephone:  (214) 922-3423<br>Facsimile:  (214) 922-3839<br><br>*Attorneys for D&B Defendants* |

## **CERTIFICATE OF SERVICE**

      The undersigned certifies that on this 4th of January, 2010, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document through the Court's CM/ECF system under Local Rule Cv-5(a)(3). Any other counsel of record will be served via first class mail and/or facsimile.

                                             */s/ Alan L. Whitehurst*
                                             Alan L. Whitehurst