**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| API TECHNOLOGIES, LLC, <br>    Plaintiff, <br><br> v. <br><br> (1)   FACEBOOK, INC.; <br> (2)   AMAZON.COM, INC.; <br> (3)   AMAZON WEB SERVICES LLC; <br> (4)   AOL LLC; <br> (5)   MAPQUEST, INC.; <br> (6)   BEBO, INC.; <br> (7)   TRUVEO, INC.; <br> (8)   BEST BUY CO. INC.; <br> (9)   CBS CORPORATION; <br> (10)  CBS INTERACTIVE INC.; <br> (11)  CBS INTERACTIVE MEDIA, INC.; <br> (12)  CNET INVESTMENTS, INC.; <br> (13)  CNET NETWORKS, INC.; <br> (14)  LAST.FM LIMITED; <br> (15)  THE DUN & BRADSTREET CORPORATION; <br> (16)  HOOVER'S, INC.; <br> (17)  GOOGLE INC.; <br> (18)  ANDROID, INC.; <br> (19)  THOMSON REUTERS CORPORATION; <br> (20)  THOMSON REUTERS PLC; <br> (21)  THOMSON REUTERS U.S. INC.; <br> (22)  THOMSON REUTERS USA INC.; <br> (23)  REUTERS AMERICA, LLC; and <br> (24)  YAHOO! INC., <br>    Defendants. | Civil No. 2:09-CV-00147 <br><br> JURY TRIAL DEMANDED |

## ORDER GRANTING THE D&B DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT

The Court having reviewed Defendants' The Dun & Bradstreet Corporation and

Hoover's, Inc. (collectively "D&B Defendants") Unopposed Motion for Extension of

Time to Answer or Otherwise Respond to Plaintiff's Complaint hereby GRANTS such motion,

and it is ORDERED that the D&B Defendants shall have through and including until January 18, 2010 to answer or otherwise respond to Plaintiff's Complaint.

SIGNED this 5th day of January, 2010.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE