IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| API TECHNOLOGIES, LLC | |
| | No. 2:09-CV-00147 |
| v. | |
| | JURY TRIAL DEMANDED |
| FACEBOOK, INC., ET AL | |

## <u>NOTICE OF APPEARANCE</u>

Notice is hereby given that the undersigned attorney, Adam C. Saxon, enters his

appearance in this matter for Plaintiff, API TECHNOLOGIES, LLC , for the purpose of

receiving all papers, including notices and orders, from the Court.

DATED this 7th day of January, 2010.

Respectfully submitted,

By: /s/ Adam C. Saxon
Adam C. Saxon
Texas State Bar No. 24070558
Saxon Law Firm PLLC
3235 Cole Avenue, Ste. 40
Dallas, TX 75204
214-282-7830 (Telephone)
adam@saxonlawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served this 7th day of January, 2010, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.


Dated:   January 7, 2010                    */s/ Adam C. Saxon*