IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| API TECHNOLOGIES, INC.<br><br>v.<br><br>FACEBOOK, INC., ET AL | CIVIL ACTION NO.: 2:09-CV-00147 |

## UNOPPOSED MOTION TO WITHDRAW AS ATTORNEY

Plaintiff, API Technologies, LLC ("API"), moves this court for an order permitting the withdrawal of Tyler Brochstein from representation of API in this action. API's other counsel remain of record.

API does not oppose the withdrawal, and the withdrawal of Tyler Brochstein will not have a materially adverse affect on API as it is still represented by competent counsel who are fully capable of representing the interests of API. Defendants are unopposed to this motion.

Additionally, API requests that Tyler Brochstein no longer receive CM/ECF notices for this action.

WHEREFORE, PREMISES CONSIDERED, API requests this Court to grant the Motion to Withdraw.

January 8, 2010                                    Respectfully submitted,

                                                                 **API Technologies, LLC**

By: /s/ *Tyler K. Brochstein*

Tyler Brochstein, TX Bar # 24059490
E-mail: tyler@brochlaw.com
BROCHSTEIN LAW FIRM PLLC
2820 McKinnon St., Ste. 4063
Dallas, TX 75201
Telephone: 713/320-1456
Facsimile: 208/460-0603

## CERTIFICATE OF SERVICE

I hereby certify that the counsel of record who are deemed to have consented to electronic service are being served today with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

Dated: January 8, 2010  /s/   *Tyler Brochstein*
  Tyler Brochstein

## CERTIFICATE OF CONFERENCE

The undersigned has conferred with counsel of record for the Defendants by email, and Defendants do not oppose this motion.

Dated: January 8, 2010  /s/   *Tyler Brochstein*
  Tyler Brochstein