IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| API TECHNOLOGIES, LLC<br>    Plaintiff,<br><br>v.<br><br>FACEBOOK, INC., ET AL,<br>    Defendants. | Civil Action No. 2:09-CV-00147<br><br>JURY TRIAL DEMANDED |

## UNOPPOSED MOTION FOR EXTENSION OF TIME

Plaintiff API Technologies, LLC respectfully requests an extension of time up to and including January 21, 2010 to submit a proposed Docket Control Order and a proposed Discovery Order to the Court. Defendants Google Inc., Android, Inc., Yahoo! Inc., Best Buy Co. Inc., The Dun & Bradstreet Corporation, and Hoover's, Inc. have advised that they do not oppose the extension.

DATED this 14th day of January, 2010.

Respectfully submitted,

By: /s/ *Adam C. Saxon*
Adam C. Saxon
Texas State Bar No. 24070558
Saxon Law Firm PLLC
3235 Cole Avenue, Ste. 40
Dallas, TX 75204
214-282-7830 (Telephone)
adam@saxonlawfirm.com

**ATTORNEY FOR PLAINTIFF
API TECHNOLOGIES, LLC**

## CERTIFICATE OF SERVICE

   I hereby certify that counsel of record who are deemed to have consented to electronic service are being served this 14th day of January, 2010, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.


Dated: January 14, 2010         */s/ Adam C. Saxon*