IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| API TECHNOLOGIES, LLC<br>    Plaintiff,<br><br>v.<br><br>FACEBOOK, INC., ET AL,<br>    Defendants. | Civil Action No. 2:09-CV-00147<br><br>JURY TRIAL DEMANDED |

## UNOPPOSED MOTION FOR EXTENSION OF TIME

Plaintiff API Technologies, LLC respectfully requests an extension of time up to and including January 21, 2010 to serve Defendants Google Inc., Android, Inc., Yahoo! Inc., Best Buy Co. Inc., The Dun & Bradstreet Corporation, and Hoover's, Inc. (collectively "Defendants") with a Disclosure of Asserted Claims and Infringement Contentions as required by P.R. 3-1. Defendants have advised that they do not oppose the extension.

DATED this 14th day of January, 2010.

                                                                      Respectfully submitted,

                                                                      By: /s/ *Adam C. Saxon*
                                                                      Adam C. Saxon
                                                                      Texas State Bar No. 24070558
                                                                      Saxon Law Firm PLLC
                                                                      3235 Cole Avenue, Ste. 40
                                                                      Dallas, TX 75204
                                                                      214-282-7830 (Telephone)
                                                                      adam@saxonlawfirm.com

                                                                      **ATTORNEY FOR PLAINTIFF**
                                                                      **API TECHNOLOGIES, LLC**

## CERTIFICATE OF SERVICE

       I hereby certify that counsel of record who are deemed to have consented to electronic service are being served this 14th day of January, 2010, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.


Dated:   January 14, 2010                      /s/ *Adam C. Saxon*