IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| API TECHNOLOGIES, LLC<br>    Plaintiff,<br><br>v.<br><br>FACEBOOK, INC., ET AL,<br>    Defendants. | Civil Action No. 2:09-CV-00147<br><br>JURY TRIAL DEMANDED |
|---|---|

## ORDER

Came before the Court, Plaintiff API Technologies, LLC Unopposed Motion for Extension of Time. The Unopposed Motion is GRANTED.

It is ORDERED that API Technologies, LLC is granted an extension of time up to and including January 21, 2010 to serve Defendants with a Disclosure of Asserted Claims and Infringement Contentions.