IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| API TECHNOLOGIES, LLC, <br>     Plaintiff, <br><br> v. <br><br> (1)   FACEBOOK, INC.; <br> (2)   AMAZON.COM, INC.; <br> (3)   AMAZON WEB SERVICES LLC; <br> (4)   AOL LLC; <br> (5)   MAPQUEST, INC.; <br> (6)   BEBO, INC.; <br> (7)   TRUVEO, INC.; <br> (8)   BEST BUY CO. INC.; <br> (9)   CBS CORPORATION; <br> (10) CBS INTERACTIVE INC.; <br> (11) CBS INTERACTIVE MEDIA, INC.; <br> (12) CNET INVESTMENTS, INC.; <br> (13) CNET NETWORKS, INC.; <br> (14) LAST.FM LIMITED; <br> (15) THE DUN & BRADSTREET CORPORATION; <br> (16) HOOVER'S, INC.; <br> (17) GOOGLE INC.; <br> (18) ANDROID, INC.; <br> (19) THOMSON REUTERS CORPORATION; <br> (20) THOMSON REUTERS PLC; <br> (21) THOMSON REUTERS U.S. INC.; <br> (22) THOMSON REUTERS USA INC.; <br> (23) REUTERS AMERICA, LLC; and <br> (24) YAHOO! INC., <br>     Defendants. | Civil No. 2:09-CV-00147 <br><br> JURY TRIAL DEMANDED |

## ORDER GRANTING THE D&B DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT

The Court having reviewed Defendants' The Dun & Bradstreet Corporation and

Hoover's, Inc. (collectively "D&B Defendants") Unopposed Motion for Extension of

Time to Answer or Otherwise Respond to Plaintiff's Complaint hereby GRANTS such motion,

and it is ORDERED that the D&B Defendants shall have through and including until February 1, 2010 to answer or otherwise respond to Plaintiff's Complaint.