IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| API TECHNOLOGIES, LLC<br>    Plaintiff,<br><br>    v.<br><br>FACEBOOK, INC., ET AL,<br>    Defendants. | Civil Action No. 2:09-CV-00147<br><br>JURY TRIAL DEMANDED |

## **ORDER**

Came before the Court, Plaintiff API Technologies, LLC Unopposed Motion for Extension of Time. The Unopposed Motion is GRANTED.

It is ORDERED that API Technologies, LLC is granted an extension of time up to and including January 21, 2010 to serve Defendants with a Disclosure of Asserted Claims and Infringement Contentions.

SIGNED this 19th day of January, 2010.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE