**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| API TECHNOLOGIES, LLC,<br>    Plaintiff,<br><br>    v.<br><br>(1)   FACEBOOK, INC.;<br>(2)   AMAZON.COM, INC.;<br>(3)   AMAZON WEB SERVICES LLC;<br>(4)   AOL LLC;<br>(5)   MAPQUEST, INC.;<br>(6)   BEBO, INC.;<br>(7)   TRUVEO, INC.;<br>(8)   BEST BUY CO. INC.;<br>(9)   CBS CORPORATION;<br>(10)  CBS INTERACTIVE INC.;<br>(11)  CBS INTERACTIVE MEDIA, INC.;<br>(12)  CNET INVESTMENTS, INC.;<br>(13)  CNET NETWORKS, INC.;<br>(14)  LAST.FM LIMITED;<br>(15)  THE DUN & BRADSTREET<br>      CORPORATION;<br>(16)  HOOVER'S, INC.;<br>(17)  GOOGLE INC.;<br>(18)  ANDROID, INC.;<br>(19)  THOMSON REUTERS<br>      CORPORATION;<br>(20)  THOMSON REUTERS PLC;<br>(21)  THOMSON REUTERS U.S. INC.;<br>(22)  THOMSON REUTERS USA INC.;<br>(23)  REUTERS AMERICA, LLC; and<br>(24)  YAHOO! INC.,<br>      Defendants. | Civil No. 2:09-CV-00147<br><br>JURY TRIAL DEMANDED |

### ORDER GRANTING THE D&B DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT

The Court having reviewed Defendants' The Dun & Bradstreet Corporation and

Hoover's, Inc. (collectively "D&B Defendants") Unopposed Motion for Extension of

Time to Answer or Otherwise Respond to Plaintiff's Complaint hereby GRANTS such motion,

and it is ORDERED that the D&B Defendants shall have through and including until February 15, 2010 to answer or otherwise respond to Plaintiff's Complaint.