## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

API TECHNOLOGIES, LLC,
    Plaintiff,

    v.                                                    Civil No. 2:09-CV-00147

(1)    FACEBOOK, INC.;                          JURY TRIAL DEMANDED
(2)    AMAZON.COM, INC.;
(3)    AMAZON WEB SERVICES LLC;
(4)    AOL LLC;
(5)    MAPQUEST, INC.;
(6)    BEBO, INC.;
(7)    TRUVEO, INC.;
(8)    BEST BUY CO. INC.;
(9)    CBS CORPORATION;
(10)   CBS INTERACTIVE INC.;
(11)   CBS INTERACTIVE MEDIA, INC.;
(12)   CNET INVESTMENTS, INC.;
(13)   CNET NETWORKS, INC.;
(14)   LAST.FM LIMITED;
(15)   THE DUN & BRADSTREET
      CORPORATION;
(16)   HOOVER'S, INC.;
(17)   GOOGLE INC.;
(18)   ANDROID, INC.;
(19)   THOMSON REUTERS
      CORPORATION;
(20)   THOMSON REUTERS PLC;
(21)   THOMSON REUTERS U.S. INC.;
(22)   THOMSON REUTERS USA INC.;
(23)   REUTERS AMERICA, LLC; and
(24)   YAHOO! INC.,
      Defendants.
_____/

## ORDER GRANTING THE D&B DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT

    The Court having reviewed Defendants' The Dun & Bradstreet Corporation and

Hoover's, Inc. (collectively "D&B Defendants") Unopposed Motion for Extension of

Dockets.Justia.com

Time to Answer or Otherwise Respond to Plaintiff's Complaint hereby GRANTS such motion,

and it is ORDERED that the D&B Defendants shall have through and including until March 1, 2010 to answer or otherwise respond to Plaintiff's Complaint.