IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| API TECHNOLOGIES, LLC<br>    Plaintiff,<br><br>v.<br><br>FACEBOOK, INC., ET AL,<br>    Defendants. | Civil Action No. 2:09-CV-00147<br><br>JURY TRIAL DEMANDED |

## JOINT MOTION TO CORRECT A TYPOGRAPHICAL ERROR WITHIN THE DOCKET CONTROL ORDER

Plaintiff, API Technologies, LLC, and Defendants, Google Inc., Android, Inc., Yahoo! Inc., Best Buy Co. Inc., The Dun & Bradstreet Corporation, and Hoover's, Inc., respectfully move to correct the date for compliance with P.R. 4-5(c) from December 17, 2011, as currently listed in the Docket Control Order, to December 17, 2010. The current P.R. 4-5(c) date of December 17, 2011 is due to a typographical error; all other Docket Control Order dates shall remain the same.

DATED this 18th day of February, 2010.

Respectfully submitted,

**GOOGLE INC., ANDROID, INC., YAHOO! INC., BEST BUY CO. INC., THE DUN & BRADSTREET CORPORATION, AND HOOVER'S, INC.**

By: /s/ *Ryan J. McBrayer (with permission)*
Ryan J. McBrayer
Perkins Coie LLP - Seattle
1201 Third Avenue
40th Floor
Seattle , WA 98101-3099
Telephone: 206-359-3073
Facsimile: 206-359-4073
RMcBrayer@perkinscoie.com

**API TECHNOLOGIES, LLC**

By: /s/ *Adam C. Saxon*

Andrew W. Spangler– LEAD COUNSEL
State Bar No. 24041960
SPANGLER LAW P.C.
208 N. Green Street, Suite 300
Longview, Texas 75601
Telephone: 903-753-9300
Facsimile: 903 553-0403
spangler@spanglerlawpc.com

**ATTORNEY FOR DEFENDANT GOOGLE INC. AND ANDROID, INC.**

By: /s/ *Jennifer A. Kash (with permission)*
Jennifer A. Kash
Quinn Emanuel Urquhart Oliver & Hedges LLP - San Francisco
50 California Street
22nd Floor
San Francisco , CA 94111
Telephone: 415-875-6600
Facsimile: 415-875-6700
jenniferkash@quinnemanuel.com

**ATTORNEY FOR DEFENDANT YAHOO! INC.**

By: /s/ *Lauren E. Schrero (with permission)*
Lauren E. Schrero
Robins Kaplan Miller & Ciresi - Minneapolis
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis , MN 55402-2015
Telephone: 612-349-8500
Facsimile: 612-339-4181
leschrero@rkmc.com

**ATTORNEY FOR DEFENDANT BEST BUY CO. INC.**

By: /s/ *Marissa R. Ducca (with permission)*
Marissa Rachel Ducca
Alston & Bird - Washington
950 F Street, NW
Washington , DC 20004
Telephone: 202-756-3369
Facsimile: 202-654-4982
marissa.ducca@alston.com

**ATTORNEY FOR DEFENDANTS THE DUN & BRADSTREET CORPORATION AND HOOVER'S, INC.**

Marc A. Fenster
CA Bar No. 181067
RUSS, AUGUST & KABAT
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025
Telephone: 310-826-7474
Facsimile: 310-826-6991
mfenster@raklaw.com

Adam C. Saxon
Texas State Bar No. 24070558
Saxon Law Firm PLLC
3235 Cole Avenue, Ste. 40
Dallas, TX 75204
Telephone: 214-282-7830
adam@saxonlawfirm.com

**ATTORNEYS FOR PLAINTIFF API TECHNOLOGIES, LLC**

## CERTIFICATE OF SERVICE

       I hereby certify that counsel of record who are deemed to have consented to electronic service are being served this 18th day of February, 2010, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.


Dated:   February 18, 2010                /s/ *Adam C. Saxon*
                                                       Adam C. Saxon