IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| API TECHNOLOGIES, LLC<br>Plaintiff,<br><br>v.<br><br>FACEBOOK, INC., ET AL,<br>Defendants. | Civil Action No. 2:09-CV-00147<br><br>JURY TRIAL DEMANDED |

## **ORDER**

Came before the Court, Plaintiff API Technologies, LLC and Defendants, Google Inc., Android, Inc., Yahoo! Inc., Best Buy Co. Inc., The Dun & Bradstreet Corporation, and Hoover's, Inc., Joint Motion to Correct a Typographical Error within the Docket Control Order. The Joint Motion is GRANTED.

It is ORDERED that the date for compliance with P.R. 4-5(c) be changed from December 17, 2011 to December 17, 2010.