# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

API TECHNOLOGIES, LLC,
 Plaintiff,

v.                Civil No. 2:09-CV-00147

(1) FACEBOOK, INC.;         JURY TRIAL DEMANDED
(2) AMAZON.COM, INC.;
(3) AMAZON WEB SERVICES LLC;
(4) AOL LLC;
(5) MAPQUEST, INC.;
(6) BEBO, INC.;
(7) TRUVEO, INC.;
(8) BEST BUY CO. INC.;
(9) CBS CORPORATION;
(10) CBS INTERACTIVE INC.;
(11) CBS INTERACTIVE MEDIA, INC.;
(12) CNET INVESTMENTS, INC.;
(13) CNET NETWORKS, INC.;
(14) LAST.FM LIMITED;
(15) THE DUN & BRADSTREET
   CORPORATION;
(16) HOOVER'S, INC.;
(17) GOOGLE INC.;
(18) ANDROID, INC.;
(19) THOMSON REUTERS
   CORPORATION;
(20) THOMSON REUTERS PLC;
(21) THOMSON REUTERS U.S. INC.;
(22) THOMSON REUTERS USA INC.;
(23) REUTERS AMERICA, LLC; and
(24) YAHOO! INC.,
   Defendants.

## ORDER GRANTING THE D&B DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT

The Court having reviewed Defendants' The Dun & Bradstreet Corporation and

Hoover's, Inc. (collectively "D&B Defendants") Unopposed Motion for Extension of

Time to Answer or Otherwise Respond to Plaintiff's Complaint hereby GRANTS such motion,

and it is ORDERED that the D&B Defendants shall have through and including until March 1, 2010 to answer or otherwise respond to Plaintiff's Complaint.

SIGNED this 18th day of February, 2010.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE