IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| API TECHNOLOGIES, LLC<br>      Plaintiff,<br><br>   v.<br><br>FACEBOOK, INC., ET AL,<br>      Defendants. | Civil Action No. 2:09-CV-00147<br><br>JURY TRIAL DEMANDED |

## PLAINTIFF'S NOTICE OF DISCLOSURES

COMES NOW Plaintiff, API TECHNOLOGIES, LLC, and hereby notifies the Court that it served and indentified the accused instrumentalities by name with respect to each Defendant in this action on March 1, 2010 upon all counsel of record pursuant to the Court's Docket Control Order.

DATED this 1st day of March, 2010.    Respectfully submitted,

**API TECHNOLOGIES, LLC**

By: /s/ *Adam C. Saxon*

Andrew W. Spangler– LEAD COUNSEL
State Bar No. 24041960
SPANGLER LAW P.C.
208 N. Green Street, Suite 300
Longview, Texas 75601
Telephone: 903-753-9300
Facsimile: 903 553-0403
spangler@spanglerlawpc.com

Marc A. Fenster
CA Bar No. 181067
RUSS, AUGUST & KABAT
12424 Wilshire Boulevard, 12th Floor

Los Angeles, CA 90025
Telephone: 310-826-7474
Facsimile: 310-826-6991
mfenster@raklaw.com

Adam C. Saxon
Texas State Bar No. 24070558
Saxon Law Firm PLLC
3235 Cole Avenue, Ste. 40
Dallas, TX 75204
Telephone: 214-282-7830
adam@saxonlawfirm.com

**ATTORNEYS FOR PLAINTIFF
API TECHNOLOGIES, LLC**

### CERTIFICATE OF SERVICE

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served this 1st day of March, 2010, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

Dated:   March 1, 2010              /s/ *Adam C. Saxon*
                                    Adam C. Saxon