## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

API TECHNOLOGIES, LLC,
        Plaintiff,

        v.                                              Civil No. 2:09-CV-00147

(1)     FACEBOOK, INC.;                                 JURY TRIAL DEMANDED
(2)     AMAZON.COM, INC.;
(3)     AMAZON WEB SERVICES LLC;
(4)     AOL LLC;
(5)     MAPQUEST, INC.;
(6)     BEBO, INC.;
(7)     TRUVEO, INC.;
(8)     BEST BUY CO. INC.;
(9)     CBS CORPORATION;
(10)    CBS INTERACTIVE INC.;
(11)    CBS INTERACTIVE MEDIA, INC.;
(12)    CNET INVESTMENTS, INC.;
(13)    CNET NETWORKS, INC.;
(14)    LAST.FM LIMITED;
(15)    THE DUN & BRADSTREET
        CORPORATION;
(16)    HOOVER'S, INC.;
(17)    GOOGLE INC.;
(18)    ANDROID, INC.;
(19)    THOMSON REUTERS
        CORPORATION;
(20)    THOMSON REUTERS PLC;
(21)    THOMSON REUTERS U.S. INC.;
(22)    THOMSON REUTERS USA INC.;
(23)    REUTERS AMERICA, LLC; and
(24)    YAHOO! INC.,
        Defendants.
_____/

## ORDER GRANTING THE D&B DEFENDANTS' UNOPPOSED MOTION FOR
## EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO
## PLAINTIFF'S COMPLAINT

The Court having reviewed Defendants' The Dun & Bradstreet Corporation and

Hoover's, Inc. (collectively "D&B Defendants") Unopposed Motion for Extension of

Time to Answer or Otherwise Respond to Plaintiff's Complaint hereby GRANTS such motion,

and it is ORDERED that the D&B Defendants shall have through and including until March 15, 2010 to answer or otherwise respond to Plaintiff's Complaint.

SIGNED this 2nd day of March, 2010.

_____

T. JOHN WARD
UNITED STATES DISTRICT JUDGE